UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Monolithic Power Systems, Inc., a Delaware corporation,
    Plaintiff(s),

v.

O2 Micro International Limited, a Cayman Islands corporation,
    Defendant(s).

No. C  C07-02363

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 1, 2007

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

FILED
MAY - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND