UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Monolithic Power Systems, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>02 Micro International Limited, a Cayman Islands corporation,<br><br>    Defendant._____/ | No. C07-02363<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 7, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: May 2, 2007

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

| | |
|---|---|
| 1 | |
| 2 | THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO: |
| 3 | |
| 4 | Matthew J. Brigham    mbrigham@cooley.com, phennings@cooley.com; calendarreq@cooley.com; lunga@cooley.com |
| 5 | |
| 6 | Thomas J. Friel , Jr    tfriel@cooley.com, fnyland@cooley.com; phennings@cooley.com; calendarreq@cooley.com |
| 7 | Brian E. Mitchell    bmitchell@cooley.com, bmitchell@cooley.com; fnyland@cooley.com |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**United States District Court**
For the Northern District of California