| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 060707) |
| | bunsowh@howrey.com |
| 2 | K.T. Cherian (SBN 133967) |
| | cheriank@howrey.com |
| 3 | Duane H. Mathiowetz (SBN 111831) |
| | mathiowetzd@howrey.com |
| 4 | Henry C. Su (SBN 211202) |
| | suh@howrey.com |
| 5 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 6 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 7 | Facsimile: (415) 848-4999 |
| 8 | Attorneys for Defendant O2 Micro International Limited |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 07-02363-CW |
| Plaintiff, | **DECLARATION OF ROBERT M. HARKINS IN SUPPORT OF DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
| vs. | |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | |
| Defendant. | Date: Thursday, August 16, 2007 |
| | Time: 2:00 p.m. |
| | Room: Courtroom 2, 4th Floor |
| | Judge: Honorable Claudia Wilken |

**HOWREY LLP**

Harkins Decl. ISO Def. O2 Micro's Mot. to Dismiss
Case No. C 07-02363-CW

I, Robert M. Harkins, declare as follows:

1. I am over twenty-one years of age and of sound mind, and I make this declaration based on my personal knowledge. If I am called upon to testify, I could and would testify truthfully and competently to the matters set forth below.

2. I am the Director of Litigation of O2 Micro, Inc. I have been employed by the company since July 2006. One of my job responsibilities is to manage the patent infringement litigation matters in which our corporate parent, O2 Micro International Limited ("O2 Micro"), is or has been a party. These matters include the consolidated action styled *Monolithic Power Sys., Inc. v. O2 Micro Int'l Ltd.,* Case Nos. C 04-02000-CW & C 06-02929-CW, pending in the Oakland Division of the United States District Court for the Northern District of California (the "'2000 Case"), and the action styled *O2 Micro Int'l Ltd. v. Hon Hai Precision Indus. Co., Ltd.,* Case No. 2:04-cv-00323-TJW-CE, pending in the Marshall Division of the United States District Court for the Eastern District of Texas (the "Hon Hai Case"). I also manage the process by which O2 Micro communicates its assertions of patent infringement to alleged infringers.

3. In October 2006, O2 Micro agreed to dismiss with prejudice its claims of infringement of U.S. Patent No. 6,804,129 (the "'129 patent") against the defendants in the '2000 Case, including Monolithic Power Systems, Inc. ("MPS"). O2 Micro also agreed not to reassert the '129 patent against MPS and the other named defendants in that action based on their manufacture, use, offer for sale, sale or importation, as the case may be, of certain enumerated MPS inverter controllers and evaluation boards incorporating such controllers. These agreements were embodied in a stipulated dismissal and proposed order, which the parties signed and filed, and which this Court approved and entered in the '2000 Case.

4. O2 Micro has abided by the agreements contained in the stipulated dismissal since its signing in October 2006. Specifically, it has not reasserted the '129 patent orally or in writing against MPS, ASUSTek Computer Inc., or Compal Electronics, Inc., or filed a new lawsuit accusing any of them of infringing the '129 patent. Nor has O2 Micro asserted the '129 patent orally or in writing against any MPS products that have not previously been accused of infringing the '129 patent in a pending lawsuit, that is, products outside the scope of the stipulated dismissal in the '2000 Case.

**HOWREY LLP**

Harkins Decl. ISO Def. O2 Micro's Mot. to Dismiss     - 1 -
Case No. C 07-02363-CW

5.     In the Hon Hai Case, O2 Micro has asserted the '129 patent against Hon Hai Precision Industry Co., Ltd. ("Hon Hai") based in part on Hon Hai's incorporation and use of certain MPS inverter controllers in its products. But O2 Micro's assertion of the '129 patent against Hon Hai, like its assertions of the '129 patent against other defendants (e.g, Samsung Electronics Co., Ltd. ("Samsung") in Case No. 2:04-cv-00323-TJW, previously pending in the Eastern District of Texas), predated the filing of the stipulated dismissal. O2 Micro's patent infringement actions against Hon Hai and Samsung were already pending when the stipulated dismissal was filed in the '2000 Case.

6.     O2 Micro has since settled its infringement dispute with Samsung. Although O2 Micro continues to pursue Hon Hai for infringement of the '129 patent based in part on Hon Hai's incorporation and use of certain MPS inverter controllers, it has not reasserted the '129 patent against MPS. Indeed, all of the MPS inverter controllers at issue in the Hon Hai Case fall within the scope of O2 Micro's covenant not to sue MPS, as set forth in the stipulated dismissal filed in the '2000 Case. Per the terms of the stipulated dismissal, O2 Micro cannot assert against or collect damages from MPS for the products accused of infringement in the Hon Hai litigation. Thus, O2 Micro has no claim of infringement of O2 Micro's '129 patent pending or threatened in any court against MPS.

7.     I have read MPS's Complaint filed in this action. Paragraphs 10 and 11 allege, respectively, that "MPS has developed power inverter controller products that are not accused of infringing in any pending lawsuit" and that "[o]n information and belief, O2 Micro contends that these products, and devices built using these products, infringe one or more of the '129 patent's claims and that those claims are valid and enforceable." It is not clear to me which MPS inverter controller products, and devices built using such products, are the subject of these paragraphs. The Complaint does not point to any specific evidence that O2 Micro has made such a contention against any MPS inverter controller products or any devices built using such products, and to my knowledge no such contention has been communicated to MPS by or on behalf of O2 Micro.

/ / /

/ / /

/ / /

/ / /

HOWREY LLP

Harkins Decl. ISO Def. O2 Micro's Mot. to Dismiss      - 2 -
Case No. C 07-02363-CW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on July 6, 2007.

_____
Robert M. Harkins

HOWREY LLP

Harkins Decl. ISO Def. O2 Micro's Mot. to Dismiss   - 3 -
Case No. C 07-02363-CW