1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 07-02363-CW |
| Plaintiff, | **DECLARATION OF HENRY C. SU IN SUPPORT OF DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
| vs. | |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | Date:  Thursday, August 16, 2007 |
| Defendant. | Time:  2:00 p.m. <br> Room:  Courtroom 2, 4th Floor <br> Judge:  Honorable Claudia Wilken |

HOWREY LLP

Su Decl. ISO Def. O2 Micro's Mot. to Dismiss
Case No. C 07-02363-CW

1     I, Henry C. Su, declare as follows:

2     1.     I am a partner in the law firm of Howrey LLP, counsel of record for O2 Micro International Limited ("O2 Micro") in the above-captioned case and in other cases mentioned below, and a member of the Bar of this Court. I am over twenty-one years of age and of sound mind, and I make this declaration based on my personal knowledge. If I am called upon to testify, I could and would testify truthfully and competently to the matters set forth below.

    2.     Attached as Exhibit A is a true and correct copy of U.S. Patent No. 6,804,129 (the "'129 patent"). As indicated on the face of the '129 patent, O2 Micro is the assignee and owner of this patent.

    3.     Attached as Exhibit B is a true and correct copy of O2 Micro's Third Amended Complaint, which was filed in the action styled *O2 Micro Int'l Ltd. v. Monolithic Power Sys., Inc.,* Case No. C 06-02929-CW, on July 26, 2006 (Doc. No. **39**) (the "'2929 Case"). Count One of the Third Amended Complaint (Paragraphs 12 to 15) constituted O2 Micro's infringement claims against Defendants Monolithic Power Systems, Inc. ("MPS"), ASUSTek Computer Inc. ("ASUSTek"), Compal Electronics, Inc. ("Compal") and Michael Hsing ("Hsing") based on the '129 patent.

    4.     The '2929 Case was subsequently consolidated with the action styled *Monolithic Power Sys., Inc. v. O2 Micro Int'l Ltd.,* Case No. C 04-02000-CW (the "'2000 Case") in August 2006. The '2000 Case became the lead case as a result of the consolidation.

    5.     In October 2006, O2 Micro elected to dismiss with prejudice Count One of the Third Amended Complaint and agreed not to assert or reassert the '129 patent against the named defendants based on those products identified in O2 Micro's preliminary infringement contentions as infringing the '129 patent. O2 Micro memorialized its agreement in a Stipulated Dismissal with Prejudice of First Count of O2 Micro's Third Amended Complaint for Patent Infringement and Unfair Competition ("Stipulated Dismissal"), which was signed by counsel for each party and filed with the Court in the '2000 Case.

    6.     On October 11, 2006, this Court approved and entered the Stipulated Dismissal (Doc. No. **579**). Attached as Exhibit C is a true and correct copy of the Stipulated Dismissal, as entered by the Court.

**HOWREY LLP**

Su Decl. ISO Def. O2 Micro's Mot. to Dismiss     - 1 -
Case No. C 07-02363-CW

7. Attached as Exhibit D is a true and correct copy of O2 Micro's Amended Preliminary Infringement Contentions dated August 7, 2006, which lists the products that were accused of infringing the '129 patent. The Stipulated Dismissal contains the same list of accused products.

8. On May 1, 2007, MPS filed its Complaint in this action seeking declaratory relief with respect to the '129 patent. On June 18, 2007, it served the Complaint on counsel for O2 Micro.

9. O2 Micro has asserted the '129 patent against Defendant Hon Hai Precision Industry Co., Ltd. ("Hon Hai") in the action styled *O2 Micro Int'l Ltd. v. Hon Hai Precision Indus. Co., Ltd.,* Case No. 2:04-cv-00323-TJW-CE, pending in the Marshall Division of the United States District Court for the Eastern District of Texas (the "Hon Hai Case"). This case was already pending when O2 Micro signed and filed the Stipulated Dismissal with respect to MPS and other named defendants in the '2000 Case.

10. Attached as Exhibit E is a true and correct copy of Hon Hai's Response to O2 Micro's 1st Request for Admission No. 26.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2007 at East Palo Alto, California.

HOWREY LLP

By: /s/ Henry C. Su
　　　　Henry C. Su

Attorneys for Plaintiff
O2 Micro International Limited

**HOWREY LLP**

Su Decl. ISO Def. O2 Micro's Mot. to Dismiss　　　- 2 -
Case No. C 07-02363-CW