# EXHIBIT C

```
 1  Henry Bunsow
    bunsowh@howrey.com
 2  K.T. Cherian (SBN 133967)
    cheriank@howrey.com
 3  Duane H. Mathiowetz (SBN 111831)
    mathiowetzd@howrey.com
 4  Henry C. Su (SBN 211202)
    suh@howrey.com
 5  HOWREY LLP
    525 Market Street, Suite 3600
 6  San Francisco, California  94105
    Telephone:  (415) 848-4900
 7  Facsimile:  (415) 848-4999

 8  Attorneys for Plaintiff
    O2 MICRO INTERNATIONAL LIMITED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>                Plaintiff,<br>        vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.,*<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. C 04-02000 CW (EDL)<br><br>Case No. C 06-02929 CW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION** |

| | | |
|---|---|---|
|1| O2 Micro International Limited ("O2 Micro"), plaintiff in Case No. C 06 2929 CW, does ||
|2|hereby stipulate to dismissal of Count One of Plaintiff's Third Amended Complaint for Patent||
|3|Infringement and Unfair Competition. The dismissal is with prejudice to O2 Micro reasserting United||
|4|States Patent No. 6,804,129 ("the '129 patent") against the named defendants as to those products||
|5|identified in O2 Micro's Amended Disclosure of Asserted Claims and Preliminary Infringement||
|6|Contentions Pursuant to Patent Rule 3-1. Specifically, O2 Micro covenants not to assert or reassert its||
|7|'129 patent against named defendants for infringement by MPS full bridge inverter controllers (and||
|8|products incorporating said controllers) made, used, imported, offered for sale or sold previously or||
|9|currently having product designations MP1010, MP1010B, MP1011, MP1012, MP1013, MP1015,||
|10|MP1016, MP1018, MP1022, MP1023, MP1024, MP1025, MP1026, MP1027, MP1029, MP1030,||
|11|MP1031, MP1032, MP1035 and MP1038, evaluation boards EV0001, EV0002, EV0003, EV0004,||
|12|EV0014, EV0017, EV0019, EV0027, EV0031 and EV0037 incorporating certain of those inverter||
|13|controllers, Asustek products incorporating the MP1010B, MP1011, MP1015 and/or MP1037 inverter||
|14|controller chips, and Compal's products incorporating the MP1010, MP1010B, MP1015, MP1016,||
|15|and/or MP1037 inverter chips. O2 Micro does not intend this stipulation to apply to any parties other||
|16|than those expressly identified herein and does not intend this stipulation to have preclusive effect||
|17|(such as collateral estoppel or res judicata) as to any issue or claim asserted in the future except as||
|18|expressly set forth herein.||
|19|Dated: October 11, 2006|HOWREY LLP|
|20|||
|21|||
|22||By: /s/Henry C. Su|
|23||Henry C. Su<br>Attorneys for Plaintiff<br>O2 Micro International Limited|

**HOWREY LLP**

1    STIPULATED DISMISSAL OF 1ST COUNT OF 3RD AMENDED COMPLAINT
Case No. C 04-2000 CW (EDL)

| | |
|---|---|
| Dated: October 11, 2006 | COOLEY GODWARD KRONISH LLP |
| | By: /s/Matthew J. Brigham |
| | Matthew J. Brigham<br>Attorneys for Defendants Monolithic Power Systems, Inc., ASMC, Asustek Computer, Inc., and Michael Hsing |
| Dated: October 11, 2006 | ORRICK HERRINGTON & SUTCLIFFE |
| | By: /s/Kaiwen Tseng |
| | Kaiwen Tseng<br>Attorneys for Defendant Compal Electronics, Inc. |
| Dated: October 11, 2006 | LOCKE LIDDLE & SAPP LLP |
| | By: /s/Thomas A. Connop |
| | Thomas A. Connop<br>Attorneys for Third-Party Defendants Delta Electronics, Inc. and Delta Products Corp. |

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: October 5, 2006           By: /s/Henry C. Su

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/11/06

*[signature]*

Hon. Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on October 11, 2006, a true and correct copy of:

**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA  94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO  80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX  75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA  94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:  (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

HOWREY LLP

DM_US\8395684.v3

STIPULATED DISMISSAL OF 1ST COUNT OF 3RD AMENDED COMPLAINT
Case No. C 04-2000 CW

| | |
|---|---|
| Dean G. Dunlavey<br>dean.dunlavey@lw.com<br>LATHAM & WATKINS<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | Kaiwen Tseng<br>ktseng@orrick.com<br>Sanjeet K. Dutta<br>sdutta@orrick.com<br>Matthew J. Hult<br>matthult@orrick.com<br>James Lin<br>jlin@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |

   /s/ Henry C. Su
   Henry C. Su

HOWREY LLP

STIPULATED DISMISSAL OF 1ST COUNT OF 3RD
AMENDED COMPLAINT
Case No. C 04-2000 CW

DM_US\8395684.v3