# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD. a/k/a FOXCONN, and AMBIT MICROSYSTEMS CORPORATION,<br><br>Defendants. | Case No. 2:05-CV-323 (TJW) |

**HON HAI'S RESPONSES AND OBJECTIONS TO O2 MICRO'S FIRST SET OF REQUESTS FOR ADMISSIONS**

**PROPOUNDING PARTY:**     O2 MICRO INTERNATIONAL, LTD.

**RESPONDING PARTY:**     HON HAI PRECISION INDUSTRY CO., LTD.

**SET NUMBER:**     ONE

Pursuant to Federal Rule of Civil Procedure 36, Hon Hai responds as follows to O2 Micro's First Set of Requests for Admission:

**I.   GENERAL RESPONSES**

1.   Hon Hai's responses to O2 Micro's requests for admission are made to the best of Hon Hai's present knowledge, information, and belief. Said responses are at all times subject to such additional or different information that discovery or further investigation may disclose and, while based on the present state of Hon Hai's recollection, are subject to such refreshing of recollection, and such additional knowledge of facts, as may result from Hon Hai's further

discovery or investigation. Hon Hai reserves the right to make any use of, or to introduce at any hearing and at trial, information and/or documents responsive to O2 Micro's requests for admission but discovered subsequent to the date of this response, including, but not limited to, any such information or documents obtained in discovery herein.

2.   Hon Hai reserves all objections or other questions as to the competency, relevance, materiality, privilege or admissibility as evidence in any subsequent proceeding in or trial of this or any other action for any purpose whatsoever of Hon Hai's responses herein and any document or thing identified or provided in response to O2 Micro's requests for admission.

3.   Hon Hai reserves the right to object on any ground at any time to such other or supplemental requests for admission as O2 Micro may at any time propound involving or relating to the subject matter of these requests for admission.

## II.   GENERAL OBJECTIONS

1.   Hon Hai objects to the definition of "Hon Hai" to the extent it purports to include any company, individual, or entity other than the named defendant Hon Hai Precision Industry Co., Ltd.

2.   Hon Hai objects to the extent that the definitions and instructions differ from or exceed the requirements of Rule 36 of the Federal Rules of Civil Procedure.

3.   Hon Hai objects that the definition of "Accused Product" is overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Hon Hai's responses herein are confined to products sold by Hon Hai that are covered by O2 Micro's Disclosure of Asserted Claim and Preliminary Infringement Contentions Pursuant to Patent Rule 3-1 ("PICs").

4.   Hon Hai object to the term "products" as overly broad, ambiguous, and not reasonably calculated to the lead to the discovery of admissible evidence. Hon Hai's responses

2

herein are confined to products sold by Hon Hai that contain inverter controller chips disclosed by O2 Micro in its PICs.

5. Hon Hai objects to the term "customers" as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Hon Hai's responses herein are confined to companies to which Hon Hai directly sells products that are covered by O2 Micro's PICs.

### III. SPECIFIC OBJECTIONS AND RESPONSES TO ADMISSION REQUESTS

Subject to and without waiving its General Responses and Objections, Hon Hai responds to the specific requests in O2 Micro's First Set of Requests for Admissions as follows:

**REQUEST FOR ADMISSION NO. 1:**

Admit that Dell Inc. purchases Accused Products from Hon Hai.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Denied.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Apple Inc. purchases Accused Products from Hon Hai.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Denied.

**REQUEST FOR ADMISSION NO. 3:**

Admit that Hewlett Packard Company purchases Accused Products from Hon Hai.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Denied.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Motorola Inc. purchases Accused Products from Hon Hai.

Hon Hai.

**REQUEST FOR ADMISSION NO. 23:**

Admit that Compal Electronics, Inc. and Hon Hai are competitors in the market space for Accused Products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Denied.

**REQUEST FOR ADMISSION NO. 24:**

Admit that Quanta Display Inc. and Hon Hai are competitors in the market space for Accused Products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Denied.

**REQUEST FOR ADMISSION NO. 25:**

Admit that Wistron Corporation and Hon Hai are competitors in the market space for Accused Products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Denied.

**REQUEST FOR ADMISSION NO. 26:**

Admit that Hon Hai is indemnified by Monolithic Power Systems, Inc. in this litigation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Denied. Monolithic Power Systems, Inc. is not currently indemnifying Hon Hai in this litigation.

Dated: March 19, 2007          COOLEY GODWARD KRONISH LLP

/s/ *Chad T. Nitta*
Chad T. Nitta

Tracy Crawford, Attorney-in-Charge
State Bar No. 05024000
Eric H. Findlay, Attorney-in-Charge
State Bar No. 00789886
100 East Ferguson
Suite 500
Tyler, Texas 75702
Telephone:   (903) 597-3301
Facsimile:   (903) 597-2413
E-Mail: efindlay@rameyflock.com

COOLEY GODWARD KRONISH LLP
Thomas J. Friel, Jr. (*admitted pro hac vice*)
California State Bar No. 80065
tfriel@cooley.com
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan (*admitted pro hac vice*)
Colorado State Bar No. 32573
jbrogan@cooley.com
Chad T. Nitta (*admitted pro hac vice*)
Colorado State Bar No. 31921
Orion Armon (*admitted pro hac vice*)
Colorado State Bar No. 34923
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
HON HAI PRECISION INDUSTRY CO., LTD. a/k/a
FOXCONN

9

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, I electronically served the foregoing **HON HAI'S RESPONSES AND OBJECTIONS TO O2 MICRO'S FIRST SET OF REQUESTS FOR ADMISSIONS** on the following attorneys of record at the listed email address:

Otis W. Carroll
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
E-Mail: fedserv@icklaw.com

K.T. Cherian
Duane H. Mathiowetz
Henry C. Su
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
E-Mail: cheriank@howrey.com
E-Mail: mathiowetzd@howrey.com
E-Mail: suh@howrey.com

Franklin Jones, Jr.
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75671-1249
E-Mail: maizieh@millerfirm.com

S. Calvin Capshaw
BROWN McCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75601-5157
E-Mail: ccapshaw@mailbmc.com

Robert M. Parker
Chris Bunt
Charley Ainsworth
PARKER BUNT AINSWORTH
100 East Ferguson Street, Suite 1114
Tyler, TX 75702
E-Mail: rmparker@pbatyler.com
E-Mail: rcbunt@pbatyler.com
E-Mail: charley@pbatyler.com

Henry Su
Vinay Joshi
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
E-Mail: suh@howrey.com
E-Mail: joshiv@howrey.com

_/s/ Valerie Rush_

270460 v1/CO