1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

9

                    UNITED STATES DISTRICT COURT

10

                   NORTHERN DISTRICT OF CALIFORNIA

11

                          OAKLAND DIVISION

12

13  MONOLITHIC POWER SYSTEMS, INC.,       )  Case No. C 07-02363-CW
    a Delaware corporation,                )
14                                         )  **[PROPOSED] ORDER GRANTING**
                  Plaintiff,               )  **DEFENDANT O2 MICRO**
15                                         )  **INTERNATIONAL LIMITED'S MOTION**
            vs.                            )  **TO DISMISS COMPLAINT FOR LACK OF**
16                                         )  **SUBJECT MATTER JURISDICTION**
    O2 MICRO INTERNATIONAL LIMITED,        )
17  a Cayman Islands corporation,          )  Date:  Thursday, August 16, 2007
                                           )  Time:  2:00 p.m.
18                Defendant.               )  Room:  Courtroom 2, 4th Floor
                                           )  Judge:  Honorable Claudia Wilken
19  _____  )

20

21

22

23

24

25

26

27

28

1    This matter comes before the Court on Defendant O2 Micro International Limited's ("O2

2    Micro") Motion to Dismiss the Complaint under Rule 12(b)(1) of the Federal Rules of Civil Procedure.

3    O2 Micro contends that the Complaint should be dismissed for lack of subject matter jurisdiction

4    because Plaintiff Monolithic Power Systems, Inc. ("MPS") has failed to meet the "actual controversy"

5    requirement under the Declaratory Judgment Act.

6    After considering the briefs, declarations and exhibits filed by the parties, and the arguments of

7    counsel, the Court agrees with O2 Micro that the allegations of the Complaint are insufficient as a

8    matter of law to establish the existence of a "substantial controversy, between parties having adverse

9    legal interests, of sufficient immediacy and reality to warrant the issuance of a declaratory judgment."

10   Moreover, examining the evidence extrinsic to the Complaint does not change the Court's conclusion.

11   MPS has failed to come forward with declarations or other evidence necessary to carry its burden of

12   establishing declaratory judgment jurisdiction.

13   The Complaint is hereby DISMISSED.

14   It is SO ORDERED.

15   Dated:         /         /

16

17

18                                                  _____
                                                    THE HONORABLE CLAUDIA WILKEN
19                                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

HOWREY LLP