1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>        Defendant. | Case No. C 07-02363-CW<br><br>**DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL LOCAL RULE 3-16(b)** |

Pursuant to Civil Local Rule 3-16 of this Court, Defendant O2 Micro International Limited certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  July 9, 2007                    HOWREY LLP


                                        By:  /s/Henry C. Su
                                                Henry C. Su

                                        Attorneys for Plaintiff
                                        O2 Micro International Limited

HOWREY LLP

Def. O2 Micro's Cert. of Interested Entities
Case No. C 07-02363-CW