# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



Monolithic Power Systems, Inc., a Delaware corporation

**SUMMONS IN A CIVIL CASE**

V.

O2 Micro International Limited, a Cayman Islands corporation

CASE NUMBER: C07-02363

**TO:** (Name and address of defendant)
O2 Micro International Limited
The Grand Pavilion
West Bay Road
P.O. Box 32331 SMB
George Town, Grand Cayman
Cayman Islands

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Friel, Jr.
Brian E. Mitchell
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: 415.693.2000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY - 1 2007

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK

NDCAO440

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Cooley Godward Kronish LLP<br>Brian E. Mitchell,<br>Five Palo Alto Square<br>Palo Alto, CA  94306 | TELEPHONE NO.:<br>(650) 843-5000 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name):    Monolithic Power Systems, Inc. | Ref. No. or File No.<br>305683-212 | |

Insert name of court, judicial district or branch court, if any:

United States District Court - Northern District of California (Oakland Branch)
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  946125212

PLAINTIFF:

MONOLITHIC POWER SYSTEMS, INC.

DEFENDANT:

02 MICRO INTERNATIONAL LIMITED- A CAYMAN ISLANDS CORPORATION

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-02363 |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**Summons & Complaint; Demand for Jury Trial; ECF Information Handout; Order Setting Initial Case Management Conference; Related Case Order**

ON: **O2 MICRO INTERNATIONAL LIMITED**

AT: **1950 University Ave., 4th flr**
**East Palo Alto, CA 94303**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
**Lynda Robisch - Legal Secretary, authorized to accept service**

ON: **06/18/2007**
AT: **01:45 pm**

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **60.00**
  County: **Santa Clara**
  Registration No.: **#954**
  **Careful Attorney Service**
  **453 Bryant St.**
  **San Francisco, CA 94107**
  **(415) 864-8014**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **June 22, 2007**.

Signature: _____
                                    Minh Tran

**PROOF OF SERVICE**

Order#: 964862/GProof39