**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Monolithic Power Systems, Inc., | 07-02363 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| 02 Micro International Limited, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02363 CW                                                        -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 19, 2007

                          RICHARD W. WIEKING
                          Clerk
                          by:    Timothy J. Smagacz

*(signature: Timothy Smagacz)*

                          ADR Administrative Assistant
                          415-522-4205
                          Tim_Smagacz@cand.uscourts.gov

*(left margin: United States District Court / Northern District of California)*

PROOF OF SERVICE

Case Name: Monolithic Power Systems, Inc. v. 02 Micro International Limited

Case Number: 07-02363 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 19, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Matthew J. Brigham
> Cooley Godward LLP
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306
> mbrigham@cooley.com
>
> Thomas J. Friel Jr.
> Cooley Godward Kronish LLP
> 101 California Street
> 5th Floor
> San Francisco, CA 94111-5800
> tfriel@cooley.com
>
> Brian E. Mitchell
> Cooley Godward LLP
> 101 California Street
> San Francisco, CA 94111-5800
> bmitchell@cooley.com

Henry C. Su
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303-2250
suh@howrey.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 19, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov