1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                      OAKLAND DIVISION

11

12 | MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 07-02363 CW

13 | Plaintiff, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 5 AND 10 TO THE DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

14 | v. |

15 | O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, |

16 | Defendant. |

[CIVIL LOCAL RULE 79-5(C) AND (D)]

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 79-5(c) and (d), Monolithic Power Systems, Inc. ("MPS") moves the Court for an order to file under seal Exhibits 5 and 10 to the Declaration of Matthew J. Brigham in Support of MPS's Memorandum in Opposition to Defendant 02 Micro International Limited's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction.

MPS requests that Exhibits 5 and 10 to the Declaration of Matthew J. Brigham in Support of MPS's Memorandum in Opposition In Support Of to Defendant O2 Micro International Limited's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction be filed under seal.  Exhibit 5 contains highly confidential financial information of Monolithic Power Systems, Inc. related to sales of its new inverter controller products.  Exhibit 10 contains highly confidential technical information of Monolithic Power Systems, Inc. related to the specifications and electrical characteristics of its new inverter controller products.  These documents are being provided to O2 Micro's counsel as "Confidential – Attorneys' Eyes Only" pursuant to Patent L.R. 2-2.  This motion is supported by the Declaration of Matthew J. Brigham.

Pursuant to Local Civil Rule 79-5(c), MPS is filing concurrently with this motion Exhibits 5 and 10.

Dated:  July 26, 2007                             COOLEY GODWARD KRONISH LLP

By: */s/ Matthew J. Brigham*
    Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
MATTHEW P. GUBIOTTI (241833)
(mgubiotti@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:       (650) 843-5000
Facsimile:        (650) 857-0663

| | |
|---|---|
| 1 | |
| 2 | JAMES P. BROGAN (155906)<br>(jbrogan@cooley.com) |
| 3 | COOLEY GODWARD KRONISH LLP<br>380 Interlocken Crescent, Suite 900 |
| 4 | Broomfield, CO  80021-8023<br>Telephone:      (720) 566-4000 |
| 5 | Facsimile:       (720) 566-4099 |
| 6 | BRIAN E. MITCHELL (190095) |
| 7 | (bmitchell@cooley.com)<br>COOLEY GODWARD KRONISH LLP |
| 8 | 101 California Street, 5th Floor<br>San Francisco, CA   94111-5800 |
| 9 | Telephone:      (415) 693-2000<br>Facsimile:       (415) 693-2222 |
| 10 | Attorneys for Plaintiff Monolithic Power Systems, Inc. |
| 11 | 757184/PA |

Lines 12–28 blank.