1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 OAKLAND DIVISION

11

12  | MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | Case No. C 07-02363 CW |
    |---|---|
    | Plaintiff, | **DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 5 AND 10 TO THE DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |
    | v. | |
    | O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | |
    | Defendant. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**DECL. OF M. J. BRIGHAM ISO
MOTION TO SEAL
C 07-02363 CW**

I, Matthew J. Brigham, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

2. I am an attorney with the law firm of Cooley Godward Kronish LLP and am one of the attorneys representing Monolithic Power Systems, Inc. ("MPS").

3. Exhibit 5 to the Declaration of Matthew J. Brigham in Support of Plaintiff Monolithic Power Systems, Inc.'s Memorandum in Opposition to Defendant O2 Micro International Limited's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction contains financial information related to the sale of MPS inverter controller products that MPS considers to be highly confidential. It is being provided to O2 Micro under the designation "CONFIDENTIAL – ATTORNEYS EYES ONLY" pursuant to Patent L.R. 2-2.

4. Exhibit 10 to the Declaration of Matthew J. Brigham in Support of Plaintiff Monolithic Power Systems, Inc.'s Memorandum in Opposition to Defendant O2 Micro International Limited's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction contains technical information related to an MPS inverter controller product that MPS considers to be highly confidential. It is being provided to O2 Micro under the designation "CONFIDENTIAL – ATTORNEYS EYES ONLY" pursuant to Patent L.R. 2-2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on July 26, 2007 in Palo Alto, California.

/s/ *Matthew J. Brigham*
Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
MATTHEW P. GUBIOTTI (241833)
(mgubiotti@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

**DECL. OF M. J. BRIGHAM ISO
MOTION TO SEAL
C 07-02363 CW**

| | |
|---|---|
| 1 | |
| 2 | JAMES P. BROGAN (155906)<br>(jbrogan@cooley.com) |
| 3 | COOLEY GODWARD KRONISH LLP<br>380 Interlocken Crescent, Suite 900 |
| 4 | Broomfield, CO  80021-8023<br>Telephone:    (720) 566-4000 |
| | Facsimile:     (720) 566-4099 |
| 5 | |
| 6 | BRIAN E. MITCHELL (190095)<br>(bmitchell@cooley.com) |
| 7 | COOLEY GODWARD KRONISH LLP<br>101 California Street, 5th Floor |
| | San Francisco, CA   94111-5800 |
| 8 | Telephone:    (415) 693-2000<br>Facsimile:     (415) 693-2222 |
| 9 | |
| 10 | Attorneys for Monolithic Power Systems, Inc., |

757197/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

**DECL. OF M. J. BRIGHAM ISO**
**MOTION TO SEAL**
**C 07-02363 CW**