1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>　　　　　　Defendant. | Case No. C 07-02363 CW<br><br>**DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:　　August 16, 2007<br>Time:　　2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:　　Honorable Claudia Wilken |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**DECL. OF M. J. BRIGHAM ISO
PLTF'S OPPOSITION TO MOTION TO DISMISS
C 07-02363 CW**

I, Matthew J. Brigham, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

2. I am an attorney with the law firm of Cooley Godward Kronish LLP and am one of the attorneys representing Monolithic Power Systems, Inc. ("MPS").

3. Attached as Exhibit 1 is a true and correct copy of Order Re Cross-Motions for Summary Judgment and MPS' Motion to Strike Contradictory Assertion in O2 Micro's Second Amended Complaint, O2 Micro's Motion to Strike Unauthorized Affirmative Defenses in MPS' Answer to Second Amended Complaint and Counterclaim, O2 Micro's Motion to Amend Complaint and Reopen Discovery Regarding Trade Secret Claims filed in *O2 Micro Int'l Ltd. v. Monolithic Power Systems, Inc.*, Case No. 01-3995 (N.D. Cal.) on February 11, 2004.

4. Attached as Exhibit 2 is a true and correct copy of the Verdict Form filed in *O2 Micro Int'l Ltd. v. Monolithic Power Systems, Inc. et al.*, Case Nos. 04-2000 & 06-2929 (N.D. Cal.) on May 15, 2007.

5. Attached as Exhibit 3 is a true and correct copy of an email from Duane Mathiowetz to Matthew J. Brigham dated August 29, 2006.

6. Attached as Exhibit 4 is a true and correct copy of an email from Duane Mathiowetz to Matthew J. Brigham dated August 30, 2006.

7. Attached as Exhibit 5 is a true and correct copy of selected MPS invoices showing sales of MP1008 inverter controllers – **FILED UNDER SEAL**.[1]

8. Attached as Exhibit 6 is a true and correct copy of Plaintiff O2 Micro International Limited's Sur-Reply to Defendant Hon Hai Industry Co., Ltd's Motion for Summary Judgment filed in *O2 Micro Int'l, Ltd. v. Hon Hai Precision Industry Co., Ltd.*, Case No. 05-0323 (E.D. Tex., Jul. 18, 2005) on July 13, 2007.

9. Attached as Exhibit 7 is a true and correct copy of *Benitec Australia, Ltd. v. Nucleonics, Inc.*, __ F.3d __, Case No. 06-1122 at 10 (Fed. Cir., Jul. 20, 2007).

---

[1] Pursuant to Patent L.R. 2-2, documents filed under seal have been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY".

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DECL. OF M. J. BRIGHAM ISO
PLTF'S OPPOSITION TO MOTION TO DISMISS
C 07-02363 CW

**10.** Attached as Exhibit 8 is a true and correct copy of letter from Robert Harkins to Ken-Ichi Baba dated November 9, 2006.

**11.** Attached as Exhibit 9 is a true and correct copy of an Order Denying Defendant's Motion to Transfer Venue filed in the *O2 Micro Int'l, Ltd. v. Monolithic Power Systems, Inc. et al.*, Case No. 04-2000 (N.D. Cal.) on December 13, 2004.

12. Attached as Exhibit 10 is a true and correct copy of an MPS MP1008 datasheet – **FILED UNDER SEAL.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on July 26, 2007 in Palo Alto, California.

/s/ *Matthew J. Brigham*
Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
MATTHEW P. GUBIOTTI (241833)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:    (720) 566-4000
Facsimile:     (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Monolithic Power Systems, Inc.,

757070/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

**DECL. OF M. J. BRIGHAM ISO
PLTF'S OPPOSITION TO MOTION TO DISMISS
C 07-02363 CW**