# EXHIBIT 2

**United States District Court**
For the Northern District of California

**FILED**

MAY 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | No. C 04-2000 CW<br>No. C 06-2929 CW |
| Plaintiff, | |
| v. | VERDICT FORM |
| MONOLITHIC POWER SYSTEMS, INC., a California corporation, <u>et al.</u>, | |
| Defendants. | |
| _____/ | |
| AND RELATED CASES, CROSS-CLAIMS AND COUNTERCLAIMS. | |
| _____/ | |

Case 4:04-cv-02000-CW     Document 1045     Filed 05/15/2007     Page 2 of 5

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>LITERAL INFRINGEMENT OF THE '722 PATENT</u>

1. Do you find that O2 Micro has proved that it is more likely than not that Defendants MPS and ASUSTeK have infringed the '722 patent's claims by making, using, selling, or offering for sale within the United States, or by importing into the United States, products that literally infringe any of the following claims:

### a. <u>Claims 1 & 18</u>

GROUP 1010     \_\_\_\_ Yes (for O2 Micro)     X No (for Defendants)

GROUP 1015     \_\_\_\_ Yes (for O2 Micro)     X No (for Defendants)

[If you have answered "No" as to Claims 1 & 18, skip questions 1.b and 1.c and go to question 1.d.]

### b. <u>Claim 2</u>

GROUP 1010     \_\_\_\_ Yes (for O2 Micro)     \_\_\_\_ No (for Defendants)

GROUP 1015     \_\_\_\_ Yes (for O2 Micro)     \_\_\_\_ No (for Defendants)

### c. <u>Claim 9</u>

GROUP 1010     \_\_\_\_ Yes (for O2 Micro)     \_\_\_\_ No (for Defendants)

GROUP 1015     \_\_\_\_ Yes (for O2 Micro)     \_\_\_\_ No (for Defendants)

### d. <u>Claim 12</u>

\_\_\_\_ Yes (for O2 Micro)     X No (for Defendants)

[If you have answered "No" as to Claim 12, skip questions 1.e and go to the next page.]

### e. <u>Claim 14</u>

GROUP 1010     \_\_\_\_ Yes (for O2 Micro)     \_\_\_\_ No (for Defendants)

GROUP 1015     \_\_\_\_ Yes (for O2 Micro)     \_\_\_\_ No (for Defendants)

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**INFRINGEMENT OF THE '722 PATENT UNDER THE DOCTRINE OF EQUIVALENTS**</u>

For any claim that you answered "Yes" as to literal infringement, do not answer whether there is infringement under the doctrine of equivalents.  For any claim you found not to be literally infringed, however, answer the following question.

    2.  Do you find that O2 Micro has proved that it is more likely than not that Defendants MPS and ASUSTeK have infringed the '722 patent's claims by making, using, selling, or offering for sale within the United States, or by importing into the United States, products that infringe any of the following claims under the doctrine of equivalents:

a. <u>**Claims 1 & 18**</u>

GROUP 1010    _____ Yes (for O2 Micro)    __X__ No (for Defendants)

GROUP 1015    _____ Yes (for O2 Micro)    __X__ No (for Defendants)

[If you have answered "No" as to Claims 1 & 18, skip questions 2.b and 2.c and go to question 2.d.]

b. <u>**Claim 2**</u>

GROUP 1010    _____ Yes (for O2 Micro)    _____ No (for Defendants)

GROUP 1015    _____ Yes (for O2 Micro)    _____ No (for Defendants)

c. <u>**Claim 9**</u>

GROUP 1010    _____ Yes (for O2 Micro)    _____ No (for Defendants)

GROUP 1015    _____ Yes (for O2 Micro)    _____ No (for Defendants)

d. <u>**Claim 12**</u>

__X__ Yes (for O2 Micro)    _____ No (for Defendants)

[If you have answered "No" as to Claim 12, skip question 2.e and go to question 3.]

3

**e. Claim 14**

GROUP 1010 ___X___ Yes (for O2 Micro)        _____ No (for Defendants)

GROUP 1015 ___X___ Yes (for O2 Micro)        _____ No (for Defendants)

### PATENT VALIDITY - '722 PATENT

3. Anticipation: Do you find that Defendants have proved that it is highly probable that any claim of the '722 patent is invalid because that claim is anticipated by prior art?

Claims 1 & 18 ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 2        ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 9        ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 12       ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 14       ____Yes (for Defendants)  _X_No (for O2 Micro)

4. Prior Invention: Do you find that Defendants have proved that it is highly probable that any claim of the '722 patent is invalid because MPS invented the subject matter that is covered by that claim before Dr. Lin?

Claims 1 & 18 ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 2        ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 9        ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 12       ____Yes (for Defendants)  _X_No (for O2 Micro)

Claim 14       ____Yes (for Defendants)  _X_No (for O2 Micro)

4

5. On Sale Bar: Do you find that Defendants have proved that it is highly probable that any claim of the '722 patent is invalid because the invention was on sale in the United States before July 22, 1998?

Claims 1 & 18    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 2    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 9    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 12    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 14    X Yes (for Defendants)    ___ No (for O2 Micro)


6. Obviousness: Do you find that Defendants have proved that it is highly probable that any claim of the '722 patent is invalid because that claimed invention is obvious?

Claims 1 & 18    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 2    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 9    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 12    X Yes (for Defendants)    ___ No (for O2 Micro)

Claim 14    X Yes (for Defendants)    ___ No (for O2 Micro)


Please sign, date and return this form.


Dated:

5/15/07

_____
Jury Foreperson

United States District Court
For the Northern District of California