# EXHIBIT 3

| | |
|---|---|
| From: | Mathiowetz, Duane [MathiowetzD@Howrey.com] |
| Sent: | Tuesday, August 29, 2006 11:21 PM |
| To: | tconnop@lockeliddell.com; bruce.celebrezze@sdma.com; randall.block@sdma.com; ktseng@orrick.com; jlin@orrick.com; Friel, Thomas; Brogan, Jim; Brigham, Matthew; Mitchell, Brian; Nitta, Chad |
| Cc: | Cherian, K.T.; Su, Henry; Cote, Frank; Joshi, Vinay; Chang, Rick; Peden, Patricia |
| Subject: | [FS#6282068] O2 Micro v. MPS et al, stipulated dismissal of '129 infringement |
| Follow Up Flag: | Filed to FileSurf on 3/24/2007 4:58:56 PM, Doc# 6282068 |
| Flag Status: | Flagged |
| Attachments: | Stip_Dismissal_of_1st_Count_of_3rd_Amended_Complaint.DOC |

Counsel:
   In light of the Court's recent consolidation of the -2000 and -2929 cases, and the limitation of the products at issue in these cases to MPS' full-bridge inverter controllers and products incorporating those full-bridge controllers, as identified and/or produced in discovery, O2 Micro intends to dismiss with prejudice its claim for infringement of the '129 patent. This should also help to streamline the parties' respective cases. Because of the status of the pleadings, such dismissal will require either the stipulation of the parties or action by the court. I have attached the proposed stipulation that O2 Micro will file if the defendants agree. Please advise by close of business on Wednesday if you will stipulate to the dismissal, or if it will be necessary for O2 Micro to file a motion with the Court. Regards, Duane

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be cc
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for