# EXHIBIT 4

| | |
|---|---|
| From: | Mathiowetz, Duane [MathiowetzD@Howrey.com] |
| Sent: | Wednesday, August 30, 2006 3:12 PM |
| To: | Brigham, Matthew; tconnop@lockeliddell.com; bruce.celebrezze@sdma.com; randall.block@sdma.com; ktseng@orrick.com; jlin@orrick.com; Friel, Thomas; Brogan, Jim; Mitchell, Brian; Nitta, Chad |
| Cc: | Cherian, K.T.; Su, Henry; Cote, Frank; Joshi, Vinay; Chang, Rick; Peden, Patricia |
| Subject: | [FS#6282067] RE: O2 Micro v. MPS et al, stipulated dismissal of '129 infringement |
| Follow Up Flag: | Filed to FileSurf on 3/24/2007 4:58:52 PM, Doc# 6282067 |
| Flag Status: | Flagged |

Matt:
   The terms are clearly set out in the proposed stipulation, and do not apply to any other cases. If the defendants in those other cases do not use half-bridge controllers, we suggest they raise the possibility of dismissing the '129 in their respective cases. Duane

---

**From:** Brigham, Matthew [mailto:mbrigham@cooley.com]
**Sent:** Wed 8/30/2006 11:41 AM
**To:** Mathiowetz, Duane; tconnop@lockeliddell.com; bruce.celebrezze@sdma.com; randall.block@sdma.com; ktseng@orrick.com; jlin@orrick.com; Friel, Thomas; Brogan, Jim; Mitchell, Brian; Nitta, Chad
**Cc:** Cherian, K.T.; Su, Henry; Cote, Frank; Joshi, Vinay; Chang, Rick; Peden, Patricia
**Subject:** RE: O2 Micro v. MPS et al, stipulated dismissal of '129 infringement

Duane- Thank you for the email. Tom and others on our team are tied up in depositions and traveling, so we are not going to be able to get you a response today. One question for now: Is this limited to the 2000/2929 case or will O2 Micro also be dismissing its '129 infringement claims with prejudice in the other lawsuits it has pending (e.g. Samsung, Foxconn, etc.)?

-Matt

---

**From:** Mathiowetz, Duane [mailto:MathiowetzD@Howrey.com]
**Sent:** Tuesday, August 29, 2006 11:21 PM
**To:** tconnop@lockeliddell.com; bruce.celebrezze@sdma.com; randall.block@sdma.com; ktseng@orrick.com; jlin@orrick.com; Friel, Thomas; Brogan, Jim; Brigham, Matthew; Mitchell, Brian; Nitta, Chad
**Cc:** Cherian, K.T.; Su, Henry; Cote, Frank; Joshi, Vinay; Chang, Rick; Peden, Patricia
**Subject:** O2 Micro v. MPS et al, stipulated dismissal of '129 infringement

Counsel:
   In light of the Court's recent consolidation of the -2000 and -2929 cases, and the limitation of the products at issue in these cases to MPS' full-bridge inverter controllers and products incorporating those full-bridge controllers, as identified and/or produced in discovery, O2 Micro intends to dismiss with prejudice its claim for infringement of the '129 patent. This should also help to streamline the parties' respective cases. Because of the status of the pleadings, such dismissal will require either the stipulation of the parties or action by the court. I have attached the proposed stipulation that O2 Micro will file if the defendants agree. Please advise by close of business on Wednesday if you will stipulate to the dismissal, or if it will be necessary for O2 Micro to file a motion with the Court. Regards, Duane

---

7/26/2007