# EXHIBIT 5

1  COUNSEL LISTED ON SIGNATURE PAGE
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10          OAKLAND DIVISION
11

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, <br><br> Defendant. | Case No. C 07-02363 CW <br><br> **MANUAL FILING NOTIFICATION** |

Regarding: <u>Exhibits 5 and 10:</u>

These filing are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

These filings were not e-filed for the following reason:

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] **Items Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: July 26, 2007                             COOLEY GODWARD KRONISH LLP

By: /s/ *Matthew J. Brigham*
        Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone:    (720) 566-4000
Facsimile:    (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff Monolithic Power Systems, Inc.

757196/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

C 07-02363 CW
NOTICE OF MANUAL FILING EX. 10