# EXHIBIT 8



3118 Patrick Henry Drive ◆ Santa Clara, CA 95054 ◆ Tel: (408) 987-5920 ◆ Fax: (408) 987-5929

November 9, 2006

VIA FEDERAL EXPRESS

Mr. Ken-Ichi Baba
General Manager
Product Management Department 3
Power Supplies Division
Yutaka Electric Mfg. Co. Ltd.
1632 Minano, Minano-Machi, Chichibu-Gun
Saitama 36-1412 Japan

Dear Mr. Baba:

    Following a meeting between Yutaka Electric Mfg. Co. Ltd. (YEC) and O2 Micro, on June 30, 2006 O2 Micro's General Counsel, Joe Lin, sent you a letter noting that to the extent YEC was using non-O2 Micro inverter controllers, it needed to evaluate the need for licensing. You sent an e-mail confirming receipt, but have since ignored the letter.

    O2 Micro understands that, since that time, YEC has continued to ship products containing MPS inverter controllers, including, for example, MP 1010 and MP 1018, as well as MP 1038, which is part of the same family of products as MP 1010 and MP 1018.

    YEC has been on notice since at least June 30 as to the fact that inverter modules that include MPS have been held to infringe O2 Micro's '722 patent (U.S. Patent No. 6,396,722), a copy of which we provided to you on that date. Taiwan Sumida Electronics was found to willfully infringe O2 Micro's '722 patent by selling inverter modules with various MPS inverter controllers, and O2 Micro obtained an injunction along with an award of enhanced damages and attorneys' fees. Along with the June 30 letter, Mr. Lin sent you a copy of the final judgment and injunction, which specifically found infringement by and enjoined Sumida from using MPS products, including:

> inverter modules incorporating inverter controllers manufactured by Monolithic Power Systems having model numbers MP 1010, MP 1011, MP 1015, MP 1010B, MP 1017, MP 1018, MP 1025 or belonging to those same families of Monolithic Power Systems inverter controllers, or any colorable imitation of the inverter modules and/or inverter controllers, that infringe U.S. Patent No. 6,396,722,...

    You were also notified about other O2 Micro patents, including U.S. Patent Nos. 6,259,615, 6,804,129, 6,501,234, and 6,707,264. You were notified of other pending lawsuits regarding these patents, including one that earlier this year resulted in a



*Breathing Life into Mobility*

3118 Patrick Henry Drive  ◆  Santa Clara, CA 95054  ◆  Tel: (408) 987-5920  ◆  Fax: (408) 987-5929

judgment against Beyond Innovation Technology Co., Ltd., SPI Electronics Co., Ltd., FSP Group and Lien Chang Electronic Enterprise Co., Ltd. for willfully infringing the '615, '722, and '129 patents.

YEC cannot continue to ignore O2 Micro's intellectual property rights. As the new Director of Intellectual Property & Litigation for O2 Micro, I am resending you a copy of the patents and the judgment and injunction related to the MPS products. Given that YEC continues to ship products with MPS inverter controllers, it is important that YEC evaluates the need for a patent license from O2 Micro, with appropriate royalty. Please call me at (408) 987-5920 x8125 so that we may pursue further discussions.

Sincerely,

Robert Harkins