# EXHIBIT 10

1 | COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | MONOLITHIC POWER SYSTEMS, INC.,
a Delaware corporation,
    Case No. C 07-02363 CW

13

14 |     Plaintiff,
    **MANUAL FILING NOTIFICATION**

15 |   v.

16 | O2 MICRO INTERNATIONAL LIMITED,
a Cayman Islands corporation,

17 |     Defendant.

18

19 | Regarding: <u>Exhibits 5 and 10</u>:

20 |     These filings are in paper or physical form only, and are being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served

21 | in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked

22 | Questions (FAQ).

23 | These filings were not e-filed for the following reason:

24 | [ ] Voluminous Document (PDF file size larger than the e-filing system allows)

25

26 | [_] Unable to Scan Documents

27 | [_] Physical Object (description): _____

28 | _____

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

C 07-02363 CW
NOTICE OF MANUAL FILING EX. 10

1

2    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

3    **[X] Items Under Seal**

4    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

5    [_] Other (description): _____

6    _____

7

8    Dated:  July 26, 2007                          COOLEY GODWARD KRONISH LLP

9

10                                                 By: */s/ Matthew J. Brigham*
                                                      Matthew J. Brigham

11                                                 THOMAS J. FRIEL, JR. (80065)
                                                   (tfriel@cooley.com)
12                                                 MATTHEW J. BRIGHAM (191428)
                                                   (mbrigham@cooley.com)
13                                                 COOLEY GODWARD KRONISH LLP
                                                   3000 El Camino Real
14                                                 Five Palo Alto Square
                                                   Palo Alto, CA  94306
15                                                 Telephone:      (650) 843-5000
                                                   Facsimile:      (650) 857-0663
16

17                                                 JAMES P. BROGAN (155906)
                                                   (jbrogan@cooley.com)
18                                                 COOLEY GODWARD KRONISH LLP
                                                   380 Interlocken Crescent, Suite 900
19                                                 Broomfield, CO  80021-8023
                                                   Telephone:      (720) 566-4000
20                                                 Facsimile:      (720) 566-4099

21

22                                                 BRIAN E. MITCHELL (190095)
                                                   (bmitchell@cooley.com)
23                                                 COOLEY GODWARD KRONISH LLP
                                                   101 California Street, 5th Floor
24                                                 San Francisco, CA  94111-5800
                                                   Telephone:      (415) 693-2000
25                                                 Facsimile:      (415) 693-2222

26                                                 Attorneys for Plaintiff Monolithic Power
                                                   Systems, Inc.
27   757196/PA

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.                                    C 07-02363 CW
                                      NOTICE OF MANUAL FILING EX. 10