THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428) (mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

BRIAN E. MITCHELL (190095) (bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Monolithic Power Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**CERTIFICATE OF SERVICE**<br>(FRCP 5) |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

CERTIFICATE OF SERVICE
CASE NO. 07-02363 CW

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

- **EXHIBITS 5 AND 10 FILED UNDER SEAL TO DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

☒ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such documents described herein to be deposited for delivery to a facility regularly maintained by Fedex for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

Henry C. Bunsow
bunsowh@howrey.com
Henry C. Su
suh@howrey.com
Vinay Joshi
joshiv@howrey.com
Duane Mathiowetz
mathiowetzd@howrey.com
K.T. Cherian
cheriank@howrey.com
Rick Chang
changr@howrey.com
Frank Cote
cotef@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105;
1950 University Ave., 4th Floor
East Palo Alto, CA 94303

752887 v1/PA

2.

CERTIFICATE OF SERVICE
CASE NO. 07-02363 CW

1  Executed on July 26, 2007, at Palo Alto, California.

_____
Jeannie McCluskey

757191 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

752887 v1/PA

3.

**CERTIFICATE OF SERVICE**
CASE NO. 07-02363 CW