1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**NOTICE OF APPEARANCE** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

**NOTICE OF APPEARANCE**
**C 07-02363 CW**

TO O2 MICRO INTERNATIONAL LIMITED AND TO ITS ATTORNEYS OF RECORD:

Please take notice of the appearance of James P. Brogan, of Cooley Godward Kronish LLP, as counsel of record for and on behalf of Monolithic Power Systems, Inc., in the above entitled action. The contact information for this attorney is:

> JAMES P. BROGAN (155906) (jbrogan@cooley.com)
> COOLEY GODWARD KRONISH LLP
> 380 Interlocken Crescent, Suite 900
> Broomfield, CO  80021-8023
> Telephone:   (720) 566-4000
> Facsimile:    (720) 566-4099

| | |
|---|---|
| Dated: July 30, 2007 | COOLEY GODWARD KRONISH LLP |
| | By: */s/ Matthew J. Brigham* <br>       Matthew J. Brigham |
| | THOMAS J. FRIEL, JR. (80065) <br> (tfriel@cooley.com) <br> MATTHEW J. BRIGHAM (191428) <br> (mbrigham@cooley.com) <br> COOLEY GODWARD KRONISH LLP <br> 3000 El Camino Real <br> Five Palo Alto Square <br> Palo Alto, CA  94306 <br> Telephone:      (650) 843-5000 <br> Facsimile:       (650) 857-0663 |
| | JAMES P. BROGAN (155906) <br> (jbrogan@cooley.com) <br> COOLEY GODWARD KRONISH LLP <br> 380 Interlocken Crescent, Suite 900 <br> Broomfield, CO  80021-8023 <br> Telephone:      (720) 566-4000 <br> Facsimile:       (720) 566-4099 |
| | BRIAN E. MITCHELL (190095) <br> (bmitchell@cooley.com) <br> COOLEY GODWARD KRONISH LLP <br> 101 California Street, 5th Floor <br> San Francisco, CA  94111-5800 <br> Telephone:      (415) 693-2000 <br> Facsimile:       (415) 693-2222 |
| | Attorneys for Plaintiff Monolithic Power Systems, Inc. |

280143 v1/CO