1 | COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS 5 AND 10 TO THE DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION |

## [~~PROPOSED~~] ORDER

The Court, having considered Monolithic Power System, Inc.'s Administrative Motion to Seal Exhibits 5 and 10 to the Declaration of Matthew J. Brigham in Support of Monolithic Power Systems, Inc.'s Memorandum in Opposition to Defendant O2 Micro International Limited's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction, finds that good

1  cause exists pursuant to Civil L.R. 79-5 for the Motion and hereby orders that MPS's Motion is
2  GRANTED as follows:
3      The Clerk shall maintain under seal Exhibit Nos. 5 and 10 to the Declaration of Matthew
4  Brigham in Support of MPS's Memorandum in Opposition to Defendant O2 Micro International
5  Limited's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction.
6      **IT IS SO ORDERED.**
7
8  Dated: _____8/1_____, 2007    _____
9                                                           Honorable Judge Claudia Wilken