1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California 94105
   Telephone: (415) 848-4900
7  Facsimile: (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Defendant. | Case No. C 07-02363-CW<br><br>**O2 MICRO INTERNATIONAL LIMITED'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date: August 16, 2007<br>Time: 2:00 p.m.<br>Room: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken |

1    Pursuant to Northern District of California Civil Local Rule 7-3(d), defendant O2 Micro
2 International Limited ("O2 Micro") submits this Statement of Recent Decision to advise the Court of a
3 recent opinion issued by the Federal Circuit, *Sony Electronics, Inc. v. Guardian Media Techs., Ltd.*,
4 Case No. 2006-1363 (Fed. Cir. Aug. 3, 2007), that is relevant to O2 Micro's Motion to Dismiss
5 Complaint for Lack of Subject Matter Jurisdiction. The opinion was issued by the Federal Circuit after
6 the filing of O2 Micro's reply brief in support of its Motion. A copy of the opinion is attached as
7 Exhibit A.

8 Dated: August 3, 2007          HOWREY LLP

By:  /s/ Henry C. Su
      Henry C. Su

Attorneys for Defendant
O2 Micro International Limited

---

**HOWREY LLP**

O2 MICRO'S STATEMENT OF RECENT DECISION     1
ISO MOTION TO DISMISS COMPLAINT
Case No. C 07-02363