IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
MONOLITHIC POWER SYSTEMS, INC.,           No. C 07-02363 CW

          Plaintiff,                      CLERK'S NOTICE
                                          CONTINUING CASE
     v.                                   MANAGEMENT
                                          CONFERENCE
02 MICRO INTERNATIONAL LIMITED,

          Defendant.
_____/
```

Notice is hereby given that the case management conference, previously set for August 7, 2007, is continued to **August 16, 2007, at 2:00 p.m.,** to be heard along with Defendant 02 Micro's motion to dismiss complaint for lack of subject matter jurisdiction, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 8/7/07                    _____
                                 SHEILAH CAHILL
                                 Deputy Clerk