1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>　　　　　　Defendant. | Case No. C 07-02363 CW<br><br>**JOINT STIPULATION AND PROPOSED ORDER CONTINUING AUGUST 16, 2007 HEARING DATE AND CASE MANAGEMENT CONFERENCE TO SEPTEMBER 6, 2007** |

1  The Court is currently scheduled to hear O2 Micro's Motion to Dismiss Complaint for
2  Lack of Subject Matter Jurisdiction (D.I. 11) and the initial case management conference on
3  August 16, 2007. *See* D.I. 31. Counsel for the parties have a conflict with this date and thus,
4  jointly stipulate, with the Court's permission, that the hearing and case management conference
5  be rescheduled for September 6, 2007.

Dated: August 10, 2007                                COOLEY GODWARD KRONISH LLP

                                                      By: */s/ Matthew J. Brigham*
                                                          Matthew J. Brigham

                                                      THOMAS J. FRIEL, JR. (80065)
                                                      (tfriel@cooley.com)
                                                      MATTHEW J. BRIGHAM (191428)
                                                      (mbrigham@cooley.com)
                                                      COOLEY GODWARD KRONISH LLP
                                                      3000 El Camino Real
                                                      Five Palo Alto Square
                                                      Palo Alto, CA  94306
                                                      Telephone:    (650) 843-5000
                                                      Facsimile:    (650) 857-0663

                                                      JAMES P. BROGAN (155906)
                                                      (jbrogan@cooley.com)
                                                      COOLEY GODWARD KRONISH LLP
                                                      380 Interlocken Crescent, Suite 900
                                                      Broomfield, CO  80021-8023
                                                      Telephone:    (720) 566-4000
                                                      Facsimile:    (720) 566-4099

                                                      BRIAN E. MITCHELL (190095)
                                                      (bmitchell@cooley.com)
                                                      COOLEY GODWARD KRONISH LLP
                                                      101 California Street, 5th Floor
                                                      San Francisco, CA  94111-5800
                                                      Telephone:    (415) 693-2000
                                                      Facsimile:    (415) 693-2222

                                                      Attorneys for Plaintiff Monolithic Power
                                                      Systems, Inc.

Dated: August 10, 2007                                HOWREY LLP


                                                      By: */s/Henry Su (with permission)*
                                                          Henry Su

                                                      JOINT STIP. AND PROP. ORDER CONTINUING
                                            1.        HEARING DATE AND CMC
                                                      C 07-02363 CW

1
2   HENRY SU (211202) (suh@howrey.com)
    HOWREY LLP
3   525 Market Street, Suite 3600
    San Francisco, CA   94105
4   Telephone:     (415) 848-4900
    Facsimile:      (415) 848-4999
5
    Attorney for Defendant O2 Micro International,
6   Limited

7       Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of
8   perjury that concurrence in the filing of the document has been obtained from its signatory.
9   Dated: August 12, 2007                    By /s/ *Matthew J. Brigham*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.                              JOINT STIP. AND PROP. ORDER CONTINUING
                                HEARING DATE AND CMC
                                C 07-02363 CW

1 **ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: August _____, 2007

5 _____
Hon. Claudia Wilken
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.

**JOINT STIP. AND PROP. ORDER CONTINUING
HEARING DATE AND CMC
C 07-02363 CW**