1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12  MONOLITHIC POWER SYSTEMS, INC.,            Case No. C 07-02363 CW
    a Delaware corporation,
13                                             **JOINT STIPULATION ORDER
                                               CONTINUING AUGUST 16, 2007
14            Plaintiff,                        HEARING DATE AND CASE
                                               MANAGEMENT CONFERENCE TO
15       v.                                    SEPTEMBER 6, 2007 AS MODIFIED**

16  O2 MICRO INTERNATIONAL LIMITED,
    a Cayman Islands corporation,
17
              Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    The Court is currently scheduled to hear O2 Micro's Motion to Dismiss Complaint for

2   Lack of Subject Matter Jurisdiction (D.I. 11) and the initial case management conference on

3   August 16, 2007. *See* D.I. 31. Counsel for the parties have a conflict with this date and thus,

4   jointly stipulate, with the Court's permission, that the hearing and case management conference

5   be rescheduled for September 6, 2007.

6

7   Dated: August 10, 2007                              COOLEY GODWARD KRONISH LLP

8                                                       By: */s/ Matthew J. Brigham*
                                                            Matthew J. Brigham
9

10                                                      THOMAS J. FRIEL, JR. (80065)
                                                        (tfriel@cooley.com)
11                                                      MATTHEW J. BRIGHAM (191428)
                                                        (mbrigham@cooley.com)
12                                                      COOLEY GODWARD KRONISH LLP
                                                        3000 El Camino Real
13                                                      Five Palo Alto Square
                                                        Palo Alto, CA  94306
14                                                      Telephone:      (650) 843-5000
                                                        Facsimile:      (650) 857-0663
15
                                                        JAMES P. BROGAN (155906)
16                                                      (jbrogan@cooley.com)
                                                        COOLEY GODWARD KRONISH LLP
17                                                      380 Interlocken Crescent, Suite 900
                                                        Broomfield, CO  80021-8023
18                                                      Telephone:      (720) 566-4000
                                                        Facsimile:      (720) 566-4099
19
                                                        BRIAN E. MITCHELL (190095)
20                                                      (bmitchell@cooley.com)
                                                        COOLEY GODWARD KRONISH LLP
21                                                      101 California Street, 5th Floor
                                                        San Francisco, CA   94111-5800
22                                                      Telephone:      (415) 693-2000
                                                        Facsimile:      (415) 693-2222
23
                                                        Attorneys for Plaintiff Monolithic Power
24                                                      Systems, Inc.

25

26  Dated: August 10, 2007                              HOWREY LLP

27
                                                        By: */s/Henry Su (with permission)*
28                                                          Henry Su

                                                        **JOINT STIP. AND PROP. ORDER CONTINUING**
                              1.                        **HEARING DATE AND CMC**
                                                        **C 07-02363 CW**

1

2          HENRY SU (211202) (suh@howrey.com)
           HOWREY LLP
3          525 Market Street, Suite 3600
           San Francisco, CA   94105
4          Telephone:        (415) 848-4900
           Facsimile:        (415) 848-4999
5
           Attorney for Defendant O2 Micro International,
6          Limited

7

          Filer's Attestation:   Pursuant to General Order No. 45, § X(B), I attest under penalty of
8
   perjury that concurrence in the filing of the document has been obtained from its signatory.
9
   Dated:  August 12, 2007                    By /s/ *Matthew J. Brigham*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. AND PROP. ORDER CONTINUING
HEARING DATE AND CMC
C 07-02363 CW

1

**ORDER**

2

PURSUANT  TO  STIPULATION,   **THE  CASE  MANAGEMENT  CONFERENCE  IS**

3

**CONTINUED TO 9/6/07.**

4

5

Dated:  August __13___, 2007

6

Hon. Claudia Wilken
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.