IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., | No. C 07-02363 CW |
| Plaintiff, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| 02 MICRO INTERNATIONAL LIMITED, | |
| Defendant. / | |

    Notice is hereby given that the Case Management Conference, previously set for September 6, 2007, is continued to **September 11, 2007, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 9/4/07

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk