# EXHIBIT B

**From:** Mathiowetz, Duane [MathiowetzD@Howrey.com]
**Sent:** Thursday, September 14, 2006 11:54 AM
**To:** Brigham, Matthew
**Cc:** Su, Henry; Cherian, K.T.; Chang, Rick
**Subject:** RE: Foxconn/'129

Matt:
  O2 Micro will agree to dismiss its '129 infringement claim against Hon Hai/Foxconn as to those products which incorporate the MPS inverter controllers which are at issue in the 2000/2929 cases in Oakland. Those inverter controllers are identified in the proposed Dismissal previously submitted to Defendants in the Oakland litigation.
Regards, Duane

**From:** Brigham, Matthew [mailto:mbrigham@cooley.com]
**Sent:** Wednesday, September 13, 2006 12:42 PM
**To:** Mathiowetz, Duane
**Subject:** Foxconn/'129

Duane- Have you had a chance to look into whether O2 Micro will be dismissing the '129 claim against Foxconn?

Thanks,
Matt

**Matthew J. Brigham**
Cooley Godward LLP ❖ Five Palo Alto Square ❖ 3000 El Camino Real
Palo Alto, CA 94306-2155
Direct: 650-843-5677 ❖ Fax: 650-857-0663
Bio: www.cooley.com/mbrigham ❖ Practice Group:www.cooley.com/IPLitigation

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

-----------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be cc
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for