# EXHIBIT C

**From:** Mathiowetz, Duane [MathiowetzD@Howrey.com]
**Sent:** Friday, October 13, 2006 4:35 PM
**To:** Brigham, Matthew
**Cc:** Su, Henry; Cherian, K.T.; Joshi, Vinay; Cote, Frank; Peden, Patricia; Chang, Rick
**Subject:** RE: Foxconn/'129

Matt,
  Since we had our initial discussion, our continuing investigation and evaluation of Hon Hai's products has led us to believe that Hon Hai is using at least two half-bridge/two-switch inverter controllers that fall within the scope of the '129 patent and outside the scope of the '615 and '722 patents. These include the BiTEK 3193 and the Rohm 9882. In light of this information, it would be imprudent for O2 Micro to dismiss the '129 patent from the case at this time. If further discovery indicates that our investigation is in error, we will revisit the issue. Regards, Duane

---

**From:** Brigham, Matthew [mailto:mbrigham@cooley.com]
**Sent:** Thursday, October 05, 2006 11:42 AM
**To:** Mathiowetz, Duane
**Subject:** FW: Foxconn/'129

Duane- Can you send me a draft of this?

Thanks.

---

**From:** Brigham, Matthew
**Sent:** Thursday, September 28, 2006 2:18 PM
**To:** 'Mathiowetz, Duane'
**Cc:** 'Su, Henry'; 'Cherian, K.T.'; 'Chang, Rick'
**Subject:** RE: Foxconn/'129

Duane- Have you had a chance to put together a proposed dismissal for Foxconn?

Thanks.

---

**From:** Brigham, Matthew
**Sent:** Thursday, September 21, 2006 5:05 PM
**To:** 'Mathiowetz, Duane'
**Cc:** Su, Henry; Cherian, K.T.; Chang, Rick
**Subject:** RE: Foxconn/'129

Duane- I think a draft would certainly help Foxconn evaluate your proposal. With respect to MPS/Asustek/ASMC/Hsing, I think another attempt at seeing if the parties can reach an agreement may be worth it, but I don't have any details yet.

Thanks,
Matt

---

**From:** Mathiowetz, Duane [mailto:MathiowetzD@Howrey.com]

**Sent:** Thursday, September 21, 2006 4:32 PM
**To:** Brigham, Matthew
**Cc:** Su, Henry; Cherian, K.T.; Chang, Rick
**Subject:** RE: Foxconn/'129

Matt,

I do not. I will prepare one if there is any need to, but as I understand the parties' current positions, the MPS defendants are not agreeing to a stipulated dismissal of the '129 patent claims and counterclaims in the '2000 and '2929 cases. If you tell me that dismissal of Hon Hai will facilitate that dismissal, I will be glad to prepare a draft for you to review.   Regards, Duane

---

**From:** Brigham, Matthew [mailto:mbrigham@cooley.com]
**Sent:** Thursday, September 21, 2006 3:34 PM
**To:** Mathiowetz, Duane
**Cc:** Su, Henry; Cherian, K.T.; Chang, Rick
**Subject:** RE: Foxconn/'129

Duane- Thanks for the messages. Do you have a proposed dismissal drafted re Hon Hai/Foxconn that you could send me?

-Matt

---

**From:** Mathiowetz, Duane [mailto:MathiowetzD@Howrey.com]
**Sent:** Friday, September 15, 2006 8:45 AM
**To:** Brigham, Matthew
**Cc:** Su, Henry; Cherian, K.T.; Chang, Rick
**Subject:** RE: Foxconn/'129

Matt,

I failed to add that this agreement is contingent on the Court granting O2 Micro's motion to dismiss Count I of the Third Amended Complaint in the 2929 case and the corresponding counterclaims, unless of course, defendants stipulate to the dismissal.   Regards, Duane

---

**From:** Mathiowetz, Duane
**Sent:** Thursday, September 14, 2006 11:54 AM
**To:** 'Brigham, Matthew'
**Cc:** Su, Henry; Cherian, K.T.; Chang, Rick
**Subject:** RE: Foxconn/'129

Matt:

O2 Micro will agree to dismiss its '129 infringement claim against Hon Hai/Foxconn as to those products which incorporate the MPS inverter controllers which are at issue in the 2000/2929 cases in Oakland. Those inverter controllers are identified in the proposed Dismissal previously submitted to Defendants in the Oakland litigation. Regards, Duane

---

**From:** Brigham, Matthew [mailto:mbrigham@cooley.com]
**Sent:** Wednesday, September 13, 2006 12:42 PM
**To:** Mathiowetz, Duane
**Subject:** Foxconn/'129

Duane- Have you had a chance to look into whether O2 Micro will be dismissing the '129 claim against Foxconn?

Thanks,
Matt

**Matthew J. Brigham**
Cooley Godward LLP ◆ Five Palo Alto Square ◆ 3000 El Camino Real
Palo Alto, CA 94306-2155
Direct: 650-843-5677 ◆ Fax: 650-857-0663
Bio: www.cooley.com/mbrigham ◆ Practice Group:www.cooley.com/IPLitigation

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---------------------------------------------------------------------------------------------

This email and any attachments contain information from the law firm of Howrey LLP, which may be co
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.