1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>[Related to C 04-02000-CW]<br><br>**DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S NOTICE OF RELEVANT PROCEEDINGS** |

1    O2 Micro International Limited ("O2 Micro") hereby gives notice of an Order filed on
2    September 6, 2007 by the United States District Court for the Eastern District of Texas ("Texas
3    Court") in the action styled *O2 Micro Int'l Ltd. v. Hon Hai Precision Indus. Co., Ltd.,* Case No. 2:04-
4    cv-00323-CE. As the Order (a copy of which is attached as Exhibit A) indicates, the Texas Court has
5    severed and stayed O2 Micro's claims of infringement of U.S. Patent No. 6,396,722—so that the
6    remainder of the *Hon Hai* case can proceed to trial on October 23, 2007, and this Court can take
7    whatever time is needed to decide the various post-verdict motions pending in *Monolithic Power Sys.,*
8    *Inc. v. O2 Micro Int'l Ltd.,* Case No. C 04-02000-CW, which rulings the Texas Court wants to take
9    into account with respect to the '722 patent.

Dated:  September 12, 2007                    HOWREY LLP


                                              By:  /s/ Henry C. Su
                                                        Henry C. Su

                                              Attorneys for Plaintiff
                                              O2 Micro International Limited