# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL LTD. | § | |
| | § | |
| vs. | § | CASE NO. 2:05-CV-323 |
| | § | |
| HON HAI PRECISION INDUSTRY | § | |
| CO., ET AL. | § | |

## ORDER

    This order memorializes rulings made by the court on August 31, 2007 during the discovery hearing. The court grants the plaintiff's motion (#176) to strike the defendants' late filed 102(b) summary judgement motion (#172). The court therefore denies the defendants' summary judgment motion (#172) as moot. The court additionally severs any and all issues pertaining to the '722 patent from the trial and stays the case insofar as the '722 patent is concerned.

    SIGNED this 5th day of September, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE