1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11

12  MONOLITHIC POWER SYSTEMS, INC.,        Case No. C 07-02363 CW
    a Delaware corporation,
13                                         **JOINT NOTICE OF COMPLIANCE WITH
                  Plaintiff,               CASE MANAGEMENT ORDER
14                                         REGARDING ADR COMPLETION**
         v.
15
    O2 MICRO INTERNATIONAL LIMITED,
16  a Cayman Islands corporation,

17                Defendant.

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to the Court's September 17, 2007 Case Management Order, the parties were ordered to participate in a private mediation by November 1, 2007. The parties hereby notify the Court that the parties have complied with this deadline. The parties participated in private mediation on October 1-2, 2007. The mediation concluded without resolution of the parties' claims.

Dated: October 10, 2007                COOLEY GODWARD KRONISH LLP

                                       By: /s/ Matthew J. Brigham
                                           Matthew J. Brigham

                                       THOMAS J. FRIEL, JR. (80065)
                                       (tfriel@cooley.com)
                                       MATTHEW J. BRIGHAM (191428)
                                       (mbrigham@cooley.com)
                                       COOLEY GODWARD KRONISH LLP
                                       3000 El Camino Real
                                       Five Palo Alto Square
                                       Palo Alto, CA  94306
                                       Telephone:    (650) 843-5000
                                       Facsimile:    (650) 857-0663

                                       JAMES P. BROGAN (155906)
                                       (jbrogan@cooley.com)
                                       COOLEY GODWARD KRONISH LLP
                                       380 Interlocken Crescent, Suite 900
                                       Broomfield, CO  80021-8023
                                       Telephone:    (720) 566-4000
                                       Facsimile:    (720) 566-4099

                                       BRIAN E. MITCHELL (190095)
                                       (bmitchell@cooley.com)
                                       COOLEY GODWARD KRONISH LLP
                                       101 California Street, 5th Floor
                                       San Francisco, CA  94111-5800
                                       Telephone:    (415) 693-2000
                                       Facsimile:    (415) 693-2222

                                       Attorneys for Plaintiff Monolithic Power Systems, Inc.

Dated: October 10, 2007                HOWREY LLP


                                       By: /s/Henry Su (with permission)

1.                                     JOINT NOTICE OF COMPLIANCE WITH CASE
                                       MANAGEMENT ORDER RE ADR
                                       C 07-02363 CW

| | |
|---|---|
| 1 | Henry Su |
| 2 | |
| 3 | HENRY SU (211202) (suh@howrey.com)<br>HOWREY LLP |
| 4 | 525 Market Street, Suite 3600<br>San Francisco, CA   94105 |
| 5 | Telephone:       (415) 848-4900<br>Facsimile:        (415) 848-4999 |
| 6 | Attorney for Defendant O2 Micro International, Limited |

2.

**JOINT NOTICE OF COMPLIANCE WITH CASE MANAGEMENT ORDER RE ADR**
**C 07-02363 CW**

1     Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: October 10, 2007                 By /s/ *Matthew J. Brigham*

761139 v1/PA