1    COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12   MONOLITHIC POWER SYSTEMS, INC.,          Case No. C 07-02363 CW
     a Delaware corporation,
13                                            **JOINT STIPULATION TO AMEND CASE**
                        Plaintiff,            **MANAGEMENT ORDER**
14
15         v.                                 **[CIVIL L.R. 6-2]**

16   O2 MICRO INTERNATIONAL LIMITED,          Date:      TBD
     a Cayman Islands corporation,            Time:      TBD
17                                            Courtroom: 2, 4th Floor
                        Defendant.            Judge:     Honorable Claudia Wilken
18

19

20

21

22

23

24

25

26

27

28

1    On September 17, 2007, this Court issued a Minute Order and Case Management Order.

2    (D.I. 39.)    The Order set December 6, 2007 at 2:00 p.m. for the next case management

3    conference.    Because of recent developments, the parties jointly stipulate to amend the Case

4    Management Order to change the conference date to December 13, 2007 at 2:00 p.m.  The parties

5    will notice any motions to be heard on this new date as well.    The parties agree that the

6    amendment will neither prejudice the interests of any party nor have measurable effect on the

7    calendar for the case.

8

9    Dated:  October 19, 2007                              COOLEY GODWARD KRONISH LLP

10

11                                                         By: */s/ Matthew J. Brigham*
                                                                 Matthew J. Brigham

12

13                                                         THOMAS J. FRIEL, JR. (80065)
                                                           (tfriel@cooley.com)

14                                                         MATTHEW J. BRIGHAM (191428)
                                                           (mbrigham@cooley.com)

15                                                         COOLEY GODWARD KRONISH LLP
                                                           3000 El Camino Real

16                                                         Five Palo Alto Square
                                                           Palo Alto, CA  94306

17                                                         Telephone:        (650) 843-5000
                                                           Facsimile:        (650) 857-0663

18                                                         JAMES P. BROGAN (155906)
                                                           (jbrogan@cooley.com)

19                                                         COOLEY GODWARD KRONISH LLP
                                                           380 Interlocken Crescent, Suite 900

20                                                         Broomfield, CO  80021-8023
                                                           Telephone:        (720) 566-4000

21                                                         Facsimile:        (720) 566-4099

22                                                         BRIAN E. MITCHELL (190095)
                                                           (bmitchell@cooley.com)

23                                                         COOLEY GODWARD KRONISH LLP
                                                           101 California Street, 5th Floor

24                                                         San Francisco, CA   94111-5800
                                                           Telephone:        (415) 693-2000

25                                                         Facsimile:        (415) 693-2222

26                                                         Attorneys for Plaintiff Monolithic Power
                                                           Systems, Inc.

27

28

                                          1.    JOINT STIP. TO AMEND CASE MANAGEMENT ORDER
                                                C 07-02363 CW

1

Dated:  October 19, 2007                          HOWREY LLP

2

3

4

By: */s/Henry Su (with permission)*
       Henry Su

5

6

HENRY SU (211202) (suh@howrey.com)
HOWREY LLP

7

525 Market Street, Suite 3600
San Francisco, CA   94105
Telephone:        (415) 848-4900

8

Facsimile:        (415) 848-4999

9

Attorney for Defendant O2 Micro International,
Limited

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIP. TO AMEND CASE MANAGEMENT ORDER**
                                                **C 07-02363 CW**

1      Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of

2  perjury that concurrence in the filing of the document has been obtained from its signatory.

3

4  Dated:  October 19, 2007         By /s/ *Matthew J. Brigham*

5  761697/PA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28