UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

1.

**C 07-02363 CW**
**[PROPOSED] ORDER GRANTING JOINT STIP. TO AMEND CASE MANAGEMENT ORDER**

## [PROPOSED] ORDER

The Court has considered the parties Joint Stipulation to Amend Case Management Order. Pursuant to stipulation, the Court's Minute Order and Case Management Order (D.I. 39) is hereby amended to change the date of the next case management conference from December 6, 2007 at 2:00 p.m. to December 13, 2007 at 2:00 p.m. The parties will notice any motions to be heard on this new date as well.

**IT IS SO ORDERED.**

Dated: _____, 2007        _____
                                                  Honorable Judge Claudia Wilken