UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

1.

**C 07-02363 CW**
**[PROPOSED] ORDER GRANTING JOINT STIP. TO AMEND CASE MANAGEMENT ORDER**

1 **ORDER**

2     The Court has considered the parties Joint Stipulation to Amend Case Management
3 Order. Pursuant to stipulation, the Court's Minute Order and Case Management Order (D.I. 39)
4 is hereby amended to change the date of the next case management conference from December
5 6, 2007 at 2:00 p.m. to December 13, 2007 at 2:00 p.m. The parties will notice any motions to
6 be heard on this new date as well.

7     **IT IS SO ORDERED.**

8     10/24/07

9 Dated: _____, 2007    _____

10     Honorable Judge Claudia Wilken

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28