1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, <br><br> Defendant. | Case No. C 07-02363-CW <br><br> **JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER** <br><br> **[CIVIL L.R. 6-2]** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: 2, 4th Floor <br> Judge: Honorable Claudia Wilken |

**HOWREY LLP**

Joint Stip. to Amend Case Management Order
Case No. C 07-02363-CW

On September 17, 2007, this Court issued a Minute Order and Case Management Order (D.I. 39). The Order set Thursday, December 6, 2007, at 2:00 p.m. for the next case management conference and for a hearing on certain motions to be noticed by the parties.

On October 19, 2007, because of recent developments, the parties jointly stipulated to amend the Case Management Order to change the conference and motions hearing date to Thursday, December 13, 2007, at 2:00 p.m. (D.I. 41). The Court entered an order changing the date in accordance with the parties' stipulation (D.I. 42).

Now the parties stipulate and propose that the Case Management Order be further amended to change the conference and motions hearing date to Thursday, February 14, 2008, at 2:00 p.m., in light of the following developments:

(1) O2 Micro International Limited ("O2 Micro") and Hon Hai Precision Industry Co., Ltd. ("Hon Hai") have settled their dispute in Case No. 2:05-cv-00323-CE (E.D. Tex.), including pending claims of infringement involving U.S. Patent No. 6,804,129 ("the '129 patent"), which is the patent at issue in this declaratory judgment action. As a result, MPS did not file the contemplated early motion for summary judgment with respect to MPS's covenant not to sue because immediate resolution in light of the Hon Hai case is no longer necessary. MPS will raise the defense in the context of the Court's ordinary summary judgment briefing schedule.

(2) Monolithic Power Systems, Inc. ("MPS") has responded to certain written discovery served by O2 Micro relating to the products and devices at issue in this declaratory judgment action, and counsel for the parties have been meeting and conferring regarding MPS's discovery responses and any motion by O2 Micro for leave to amend its answer to assert a counterclaim of infringement of the '129 patent based on the information provided by MPS.

In view of the above developments and the schedules of the Court and counsel, the parties jointly stipulate and propose that any motion by O2 Micro for leave to amend be noticed for hearing on February 14, 2008, at 2:00 p.m., and that the Court conduct a further case management conference at the same date and time. This amendment will neither prejudice the interests of any party, including

HOWREY LLP

Joint Stip. to Amend Case Management Order       - 1 -
Case No. C 07-02363-CW

1  any arguments MPS may have for opposing a motion to amend, nor have a measurable effect on the
2  calendar for the case.

3  Dated: December 7, 2007                          COOLEY GODWARD KRONISH LLP

                                                   By: */s/ Matthew J. Brigham*
                                                       Matthew J. Brigham

                                                   Thomas J. Friel, Jr. (80065)
                                                   (tfriel@cooley.com)
                                                   Matthew J. Brigham (191428)
                                                   (mbrigham@cooley.com)
                                                   COOLEY GODWARD KRONISH LLP
                                                   3000 El Camino Real
                                                   Five Palo Alto Square
                                                   Palo Alto, CA 94306
                                                   Telephone: (650) 843-5000
                                                   Facsimile: (650) 857-0663

                                                   James P. Brogan (155906)
                                                   (jbrogan@cooley.com)
                                                   COOLEY GODWARD KRONISH LLP
                                                   380 Interlocken Crescent, Suite 900
                                                   Broomfield, CO 80021-8023
                                                   Telephone: (720) 566-4000
                                                   Facsimile: (720) 566-4099

                                                   Brian E. Mitchell (190095)
                                                   (bmitchell@cooley.com)
                                                   COOLEY GODWARD KRONISH LLP
                                                   101 California Street, 5th Floor
                                                   San Francisco, CA 94111-5800
                                                   Telephone: (415) 693-2000
                                                   Facsimile: (415) 693-2222

                                                   Attorneys for Plaintiff Monolithic Power
                                                   Systems, Inc.

**HOWREY LLP**

Joint Stip. to Amend Case Management Order          - 2 -
Case No. C 07-02363-CW

| | | |
|---|---|---|
| 1 | Dated: December 7, 2007 | HOWREY LLP |
| 2 | | |
| 3 | | By:    /s/*Henry C. Su*  (w/ permission) |
| | |                 Henry C. Su |

Henry C. Bunsow (SBN 060707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant
O2 Micro International Limited

<u>Filer's Attestation:</u>

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: December 7, 2007

By /s/ *Matthew J. Brigham*

**HOWREY LLP**

Joint Stip. to Amend Case Management Order          - 4 -
Case No. C 07-02363-CW