1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

**HOWREY LLP**

[Proposed] Order Granting Joint Stip. to Amend Case Management Order
Case No. C 07-02363-CW

**[PROPOSED] ORDER**

The Court has considered the parties Joint Stipulation to Amend Case Management Order. Pursuant to stipulation, the Court's Minute Order and Case Management Order (D.I. 39) is hereby amended to change the date of the next case management conference from December 13, 2007 at 2:00 p.m. to February 14, 2008 at 2:00 p.m. O2 Micro International Limited will notice any motion for leave to amend to be heard on this new date as well.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Honorable Judge Claudia Wilken

HOWREY LLP

[Proposed] Order Granting Joint Stip. to Amend Case Management Order
Case No. C 07-02363-CW         - 1 -