1  COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND DIVISION

11  MONOLITHIC POWER SYSTEMS, INC.,          ) Case No. C 07-02363-CW
    a Delaware corporation,                  )
12                                           ) [PROPOSED] ORDER GRANTING JOINT
                    Plaintiff,               ) STIPULATION TO AMEND CASE MANAGEMENT
13                                           ) ORDER
           vs.                               )
14                                           )
    O2 MICRO INTERNATIONAL LIMITED,          )
15  a Cayman Islands corporation,            )
                                             )
16                  Defendant.               )
                                             )
17  _____  )

18

**HOWREY LLP**

[Proposed] Order Granting Joint Stip. to Amend Case
Management Order
Case No. C 07-02363-CW

**[PROPOSED] ORDER**

The Court has considered the parties Joint Stipulation to Amend Case Management Order. Pursuant to stipulation, the Court's Minute Order and Case Management Order (D.I. 39) is hereby amended to change the date of the next case management conference from December 13, 2007 at 2:00 p.m. to February 14, 2008 at 2:00 p.m. O2 Micro International Limited will notice any motion for leave to amend to be heard on this new date as well.

**IT IS SO ORDERED.**

Dated: _____12/11_____, 2007

_____
Honorable Judge Claudia Wilken

HOWREY LLP

[Proposed] Order Granting Joint Stip. to Amend Case Management Order          - 1 -
Case No. C 07-02363-CW