Henry C. Bunsow (SBN 060707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>**DECLARATION OF HENRY C. SU IN SUPPORT OF DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION FOR LEAVE TO AMEND ITS ANSWER**<br><br>Date:  Thursday, February 14, 2008<br>Time:  2:00 p.m.<br>Room:  Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken |

HOWREY LLP

Su Decl. ISO Def. O2 Micro's Mot. to Amend
Case No. C 07-02363-CW

I, Henry C. Su, declare as follows:

1. I am a partner in the law firm of Howrey LLP, counsel of record for O2 Micro International Limited ("O2 Micro") in the above-captioned case, and a member of the Bar of this Court. I am over twenty-one years of age and of sound mind, and I make this declaration based on my personal knowledge. If I am called upon to testify, I could and would testify truthfully and competently to the matters set forth below.

2. Attached as Exhibit A is a true and correct copy of O2 Micro's [Proposed] First Amended Answer and Counterclaim.

3. On September 21, 2007, O2 Micro served its First Set of Interrogatories and Requests for Production of Documents on Plaintiff Monolithic Power Systems, Inc. ("MPS"). True and correct copies of the Interrogatories and Requests for Production are attached hereto as Exhibits B and C, respectively.

4. On October 30, 2007, MPS served its written responses and objections to the Interrogatories and Requests for Production.

5. In response to the Interrogatories, MPS provided substantive answers to Nos. 1, 2 and 7 but it objected to answering Nos. 3, 4, 5 and 6 on the following ground:

> MPS declines to respond to this interrogatory at this time. MPS reserves the right to revisit this objection, and respond accordingly, if O2 Micro is granted leave to amend it pleadings to allege infringement.

MPS has designated its substantive answers to Nos. 1 and 2 as highly confidential information for outside counsel's eyes only, pursuant to Patent Local Rule 2-2 of this Court.

6. Interrogatory No. 1 asked MPS to "[i]dentify each Inverter Controller product and Inverter Module device built using such a product for which MPS seeks a declaratory judgment of non-infringement in this case, as referenced in Paragraphs 10-12 of the Complaint." In response, MPS identified by part number sixteen inverter controllers.

7. Interrogatory No. 2 asked MPS to "[s]eparately for each product or device identified in response to Interrogatory No.1, identify the first customer to whom the product or device was sold and the date of the sale." In response, MPS identified for eight of the identified inverter controllers a date

HOWREY LLP

Su Decl. ISO Def. O2 Micro's Mot. to Amend     - 1 -
Case No. C 07-02363-CW

of first sale and a first customer, and for the other eight identified inverter controllers, the notation "N/A."

8. In response to the Requests for Production, MPS sent on November 5, 2007, samples of fourteen inverter controller products and datasheets for thirteen inverter controllers. MPS has also designated the samples and datasheets as highly confidential information for outside counsel's eyes only, pursuant to Patent Local Rule 2-2 of this Court.

9. All of the datasheets appear to be non-public documents. Indeed, most of the datasheets explicitly bear the legend "internal use only," and some also have the words "confidential" and/or "proprietary." Moreover, six of the datasheets bear the legend "preliminary specifications subject to change" or "initial release – specifications subject to change." Three of the datasheets include the legend "Attorney Work Privileged."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2008 at East Palo Alto, California.

HOWREY LLP


By:   /s/ Henry C. Su
        Henry C. Su

Attorneys for Plaintiff
O2 Micro International Limited

HOWREY LLP

Su Decl. ISO Def. O2 Micro's Mot. to Amend          - 2 -
Case No. C 07-02363-CW