1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

                            OAKLAND DIVISION
12

13  MONOLITHIC POWER SYSTEMS, INC.,    )  Case No. C 07-02363-CW
    a Delaware corporation,            )
                                       )  **[PROPOSED] ORDER GRANTING
14                                     )  DEFENDANT O2 MICRO
              Plaintiff,               )  INTERNATIONAL LIMITED'S MOTION
                                       )  FOR LEAVE TO AMEND ITS ANSWER**
15        vs.                          )
                                       )
16  O2 MICRO INTERNATIONAL LIMITED,    )  Date:  Thursday, February 14, 2008
    a Cayman Islands corporation,      )  Time:  2:00 p.m.
17                                     )  Room:  Courtroom 2, 4th Floor
              Defendant.               )  Judge:  Honorable Claudia Wilken
18                                     )
                                       )
19  _____  )

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

[Proposed] Order Granting O2 Micro's Mot. to Amend
Case No. C 07-02363-CW

1    This matter comes before the Court on Defendant O2 Micro International Limited's ("O2

2  Micro") Motion for Leave to Amend Its Answer under Rule 15(a) of the Federal Rules of Civil

3  Procedure (Dkt. No. **45**).

4    After considering the briefs, declarations and exhibits filed by the parties, and the arguments of

5  counsel, the Court concludes, in the interest of justice, that O2 Micro should be given leave to amend

6  to assert a counterclaim of infringement, which will facilitate a decision on the merits of this

7  declaratory judgment action that has been initiated by Monolithic Power Systems, Inc.  Accordingly,

8  O2 Micro's Motion is hereby GRANTED.  O2 Micro shall file its First Amended Answer and

9  Counterclaim within five (5) days of this Order.

10    It is SO ORDERED.

11    Dated:        /        /

12

13

14                                                           _____

15                                                           THE HONORABLE CLAUDIA WILKEN
                                                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY LLP

[Proposed] Order Granting O2 Micro's Mot. to Amend        - 1 -
Case No. C 07-02363-CW