IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

    Plaintiff,

  v.

02 MICRO INTERNATIONAL LIMITED,

    Defendant.

                                       /

No. C 07-02363 CW

CLERK'S NOTICE CONTINUING MOTION AND CASE MANAGEMENT CONFERENCE

    Notice is hereby given that Defendant's Motion for Leave to Amend Its Answer and the Further Case Management Conference, previously set for February 14, 2008, are continued to **February 21, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 1/11/08

                                        SHEILAH CAHILL
                                        Deputy Clerk