1   COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   MONOLITHIC POWER SYSTEMS, INC.,          Case No. C 07-02363 CW
     a Delaware corporation,
13                                            **JOINT STIPULATION RE EXTENSION OF
                                              TIME**
14              Plaintiff,
                                              Date:        February 21, 2008
15          v.                                Time:        2:00 p.m.
                                              Courtroom: 2, 4th Floor
16   O2 MICRO INTERNATIONAL LIMITED,          Judge:       Honorable Claudia Wilken
     a Cayman Islands corporation,
17
                Defendant.
18

19          O2 Micro has filed a Motion For Leave To Amend Its Answer. (D.I. 45).  MPS's response

20   is currently due January 31, 2008.  The parties jointly agree to an extension of time until February

21   4, 2008 for MPS to file a response, if any.  This extension of time will allow the parties to

22   complete ongoing discussions concerning possible ways to eliminate the need for further briefing

23   on O2 Micro's motion.  This extension of time will not impact any currently set Court hearings.

24

25

26

27

28

1 | Dated:  January 31, 2008

COOLEY GODWARD KRONISH LLP

2

3 | By: */s/ Matthew J. Brigham*
    Matthew J. Brigham

4

5 | THOMAS J. FRIEL, JR. (80065)
    (tfriel@cooley.com)

6 | MATTHEW J. BRIGHAM (191428)
    (mbrigham@cooley.com)
    COOLEY GODWARD KRONISH LLP

7 | 3000 El Camino Real
    Five Palo Alto Square

8 | Palo Alto, CA  94306
    Telephone:        (650) 843-5000

9 | Facsimile:        (650) 857-0663

10 | JAMES P. BROGAN (155906)
     (jbrogan@cooley.com)

11 | COOLEY GODWARD KRONISH LLP
     380 Interlocken Crescent, Suite 900

12 | Broomfield, CO  80021-8023
     Telephone:        (720) 566-4000

13 | Facsimile:        (720) 566-4099

14 | BRIAN E. MITCHELL (190095)
     (bmitchell@cooley.com)

15 | COOLEY GODWARD KRONISH LLP
     101 California Street, 5th Floor

16 | San Francisco, CA   94111-5800
     Telephone:        (415) 693-2000

17 | Facsimile:        (415) 693-2222

18 | Attorneys for Plaintiff Monolithic Power
     Systems, Inc.

19

20 | Dated:  January 31, 2008

HOWREY LLP

21

22 | By: */s/Henry Su (with permission)*
     Henry Su

23

24 | HENRY SU (211202) (suh@howrey.com)
     HOWREY LLP

25 | 525 Market Street, Suite 3600
     San Francisco, CA  94105
     Telephone:        (415) 848-4900

26 | Facsimile:        (415) 848-4999

27 | Attorney for Defendant O2 Micro International,
     Limited

28

1.

1    Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of

2    perjury that concurrence in the filing of the document has been obtained from its signatory.

3    Dated:  January 31, 2008                    By /s/ *Matthew J. Brigham*

4    767348 v1/PA

1    PURSUANT TO STIPULATION, IT IS SO ORDERED,

2    Date:_____

3                              _____

4                              United States District Court Judge Claudia Wilken

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION RE EXTENSION OF TIME**
                              **C 07-02363 CW**