1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**JOINT STIPULATION RE SECOND EXTENSION OF TIME**<br><br>Date:   February 21, 2008<br>Time:   2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:  Honorable Claudia Wilken |

O2 Micro has filed a Motion For Leave To Amend Its Answer. (D.I. 45). MPS's response is currently due February 4, 2008, as a result of a stipulated extension of time. The parties jointly agree to a second extension of time until February 6, 2008 for MPS to file a response, if any. This extension of time will allow the parties to complete ongoing discussions concerning possible ways to eliminate the need for further briefing on O2 Micro's motion. This extension of time will not impact any currently set Court hearings.

| | | |
|---|---|---|
| 1 | Dated: February 4, 2008 | COOLEY GODWARD KRONISH LLP |

By: */s/ Matthew J. Brigham*
    Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Plaintiff Monolithic Power Systems, Inc.

Dated: February 4, 2008     HOWREY LLP

By: */s/Henry Su (with permission)*
    Henry Su

HENRY SU (211202) (suh@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Telephone:     (415) 848-4900
Facsimile:      (415) 848-4999

Attorney for Defendant O2 Micro International, Limited

1.     **JOINT STIPULATION RE SECOND EXT. OF TIME**
    **C 07-02363 CW**

1  Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from its signatory.
3  Dated:  February 4, 2008                    By /s/ *Matthew J. Brigham*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2  Date:_____

3  _____

4  United States District Court Judge Claudia Wilken

5  767495 v1/PA