1 | COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**JOINT STIPULATION RE EXTENSION OF TIME**<br><br>Date:       February 21, 2008<br>Time:       2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:      Honorable Claudia Wilken |

O2 Micro has filed a Motion For Leave To Amend Its Answer. (D.I. 45). MPS's response is currently due January 31, 2008. The parties jointly agree to an extension of time until February 4, 2008 for MPS to file a response, if any. This extension of time will allow the parties to complete ongoing discussions concerning possible ways to eliminate the need for further briefing on O2 Micro's motion. This extension of time will not impact any currently set Court hearings.

| | | |
|---|---|---|
| 1 | Dated: January 31, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By: */s/ Matthew J. Brigham*<br>     Matthew J. Brigham |
| 4 | | |
| 5 | | THOMAS J. FRIEL, JR. (80065)<br>(tfriel@cooley.com) |
| 6 | | MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com) |
| 7 | | COOLEY GODWARD KRONISH LLP<br>3000 El Camino Real |
| 8 | | Five Palo Alto Square<br>Palo Alto, CA  94306 |
| | | Telephone:      (650) 843-5000 |
| 9 | | Facsimile:         (650) 857-0663 |
| 10 | | JAMES P. BROGAN (155906) |
| | | (jbrogan@cooley.com) |
| 11 | | COOLEY GODWARD KRONISH LLP |
| | | 380 Interlocken Crescent, Suite 900 |
| 12 | | Broomfield, CO  80021-8023 |
| | | Telephone:      (720) 566-4000 |
| 13 | | Facsimile:         (720) 566-4099 |
| 14 | | BRIAN E. MITCHELL (190095) |
| | | (bmitchell@cooley.com) |
| 15 | | COOLEY GODWARD KRONISH LLP |
| | | 101 California Street, 5th Floor |
| 16 | | San Francisco, CA   94111-5800 |
| | | Telephone:      (415) 693-2000 |
| 17 | | Facsimile:         (415) 693-2222 |
| 18 | | Attorneys for Plaintiff Monolithic Power Systems, Inc. |
| 19 | | |
| 20 | Dated: January 31, 2008 | HOWREY LLP |
| 21 | | |
| 22 | | By: */s/Henry Su (with permission)*<br>     Henry Su |
| 23 | | |
| 24 | | HENRY SU (211202) (suh@howrey.com)<br>HOWREY LLP |
| 25 | | 525 Market Street, Suite 3600<br>San Francisco, CA   94105 |
| | | Telephone:      (415) 848-4900 |
| 26 | | Facsimile:         (415) 848-4999 |
| 27 | | Attorney for Defendant O2 Micro International, Limited |
| 28 | | |

1  Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from its signatory.
3  Dated: January 31, 2008                By /s/ *Matthew J. Brigham*
4  767348 v1/PA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2  Date:__2/11/08_____

3                              _____

4                              United States District Court Judge Claudia Wilken