1    COUNSEL LISTED ON SIGNATURE PAGE

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    OAKLAND DIVISION

11

12    MONOLITHIC POWER SYSTEMS, INC.,
     a Delaware corporation,

13
                                           Case No. C 07-02363 CW
     Plaintiff,
14                                         **JOINT STIPULATION RE SECOND
                                           EXTENSION OF TIME**
     v.
15                                         Date:        February 21, 2008
                                           Time:        2:00 p.m.
     O2 MICRO INTERNATIONAL LIMITED,       Courtroom: 2, 4th Floor
16   a Cayman Islands corporation,         Judge:       Honorable Claudia Wilken

17    Defendant.

18

19          O2 Micro has filed a Motion For Leave To Amend Its Answer. (D.I. 45).  MPS's response

20   is currently due February 4, 2008, as a result of a stipulated extension of time.  The parties jointly

21   agree to a second extension of time until February 6, 2008 for MPS to file a response, if any.

22   This extension of time will allow the parties to complete ongoing discussions concerning possible

23   ways to eliminate the need for further briefing on O2 Micro's motion.  This extension of time will

24   not impact any currently set Court hearings.

25

26

27

28

1    Dated:  February 4, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Dated:  February 4, 2008

21

22

23

24

25

26

27

28

COOLEY GODWARD KRONISH LLP


By: */s/ Matthew J. Brigham*
        Matthew J. Brigham


THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:       (650) 843-5000
Facsimile:       (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:       (720) 566-4000
Facsimile:       (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:       (415) 693-2000
Facsimile:       (415) 693-2222

Attorneys for Plaintiff Monolithic Power
Systems, Inc.

HOWREY LLP


By: */s/Henry Su (with permission)*
        Henry Su


HENRY SU (211202) (suh@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Telephone:       (415) 848-4900
Facsimile:       (415) 848-4999

Attorney for Defendant O2 Micro International,
Limited

JOINT STIPULATION RE SECOND EXT. OF TIME
C 07-02363 CW

1        Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of

2   perjury that concurrence in the filing of the document has been obtained from its signatory.

3   Dated:  February 4, 2008                    By /s/ *Matthew J. Brigham*

JOINT STIPULATION RE SECOND EXT. OF TIME
C 07-02363 CW

1    PURSUANT TO STIPULATION, IT IS SO ORDERED,

2    Date:____2/11/08_____

3    _____

4                United States District Court Judge Claudia Wilken

5    767495 v1/PA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE SECOND EXT. OF TIME
                                                                 C 07-02363 CW