1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
4  Henry C. Su (SBN 211202)
   suh@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>**ORDER GRANTING DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S MOTION FOR LEAVE TO AMEND ITS ANSWER**<br><br>Date:  Thursday, February 14, 2008<br>Time:  2:00 p.m.<br>Room:  Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken |

1  This matter comes before the Court on Defendant O2 Micro International Limited's ("O2
2  Micro") Motion for Leave to Amend Its Answer under Rule 15(a) of the Federal Rules of Civil
3  Procedure (Dkt. No. **45**).

4  After considering the briefs, declarations and exhibits filed by the parties, and the arguments of
5  counsel, the Court concludes, in the interest of justice, that O2 Micro should be given leave to amend
6  to assert a counterclaim of infringement. Accordingly, O2 Micro's Motion is hereby GRANTED. O2
7  Micro shall file its First Amended Answer and Counterclaim within five (5) days of this Order.

8  It is SO ORDERED.

9  Dated:  2/ 11  / 08

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**HOWREY LLP**

[Proposed] Order Granting O2 Micro's Mot. to Amend    - 1 -
Case No. C 07-02363-CW