United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

     Plaintiff,

  v.

02 MICRO INTERNATIONAL LIMITED,

     Defendant.
_____/

No. 07-02363 CW

ORDER VACATING
CASE MANAGEMENT
CONFERENCE AND
SETTING CASE
MANAGEMENT DATES

    Having considered the parties Joint Case Management Statement filed February 6, 2008 (docket no. 49),

    IT IS HEREBY ORDERED that the Court adopts the dates proposed in the Joint Case Management Statement at pages 2-4, except that the parties shall make their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on Feb. 29, 2008.  The case management conference set for February 21, 2008, is vacated.

        2/11/08

Dated _____

_____
CLAUDIA WILKEN
United States District Judge