1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>            Defendant. | Case No. C 07-02363 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINES UNDER THE CASE MANAGEMENT ORDER** |

STIPULATION TO AMEND CASE MANAGEMENT DATES
Case No. C 07-02363 CW

HOWREY LLP

**STIPULATION**

To permit them a reasonable time to discuss a possible resolution of this action, the parties through their respective attorneys of record hereby stipulate to, and respectfully propose that this Court adopt, the following amendments to the February 11, 2008 Case Management Order (Docket No. 53) as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| O2 Micro to comply with Patent L.R. 3-1 and 3-2. | March 25, 2008 | April 8, 2008 |
| MPS to comply with Patent L.R. 3-3 and 3-4. | May 13, 2008 | May 27, 2008 |

All other dates under the Federal Rules of Civil Procedure, this Court's Patent Local Rules, and the Case Management Order shall not be affected by this amendment.

Dated: March 25, 2008                         COOLEY GODWARD KRONISH LLP

By: /s/ Matthew J. Brigham (w/ permission)
        Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:      (650) 843-5000
Facsimile:       (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:      (720) 566-4000
Facsimile:       (720) 566-4099

HOWREY LLP

STIPULATION TO AMEND CASE MANAGEMENT DATES
Case No. C 07-02363 CW                                               1

|   |   |
|---|---|
| 1 | BRIAN E. MITCHELL (190095) |
|   | (bmitchell@cooley.com) |
| 2 | COOLEY GODWARD KRONISH LLP |
|   | 101 California Street, 5th Floor |
| 3 | San Francisco, CA   94111-5800 |
|   | Telephone:   (415) 693-2000 |
| 4 | Facsimile:   (415) 693-2222 |

Attorneys for Plaintiff Monolithic Power Systems, Inc.

Dated: March 25, 2008                HOWREY LLP


By: /s/Henry C. Su
    Henry C. Su


HENRY C. SU (211202) (suh@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA   94105
Telephone:   (415) 848-4900
Facsimile:   (415) 848-4999

Attorney for Defendant O2 Micro International, Limited

**Filer's Attestation**

I, Henry C. Su, am the ECF User whose identification and password are being used to file this Stipulation to Amend the Joint Case Management Statement. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew J. Brigham.

Dated: March 25, 2008

By:  /s/ Henry C. Su
    Henry C. Su

HOWREY LLP

STIPULATION TO AMEND CASE MANAGEMENT DATES          2
Case No. C 07-02363 CW

1 **ORDER**

2     Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

3 Dated:        /        /

_____
Honorable Claudia Wilken
United States District Judge