1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>       Defendant. | Case No. C 07-02363 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINES UNDER THE CASE MANAGEMENT ORDER** |

HOWREY LLP

STIPULATION TO AMEND THE JOINT CASE
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW

**STIPULATION**

As they previously advised the Court, the parties are currently discussing a possible resolution to this action. To permit Plaintiff further time to consider Defendant's proposal, the parties through their respective attorneys of record hereby stipulate to, and respectfully propose that this Court adopt, pursuant to Civil L.R. 6-2 and 7-12, the following amendments to the February 11, 2008 Case Management Order (Docket No. 53) and the March 28, 2008 Stipulation and Court Order (Docket No. 57) as follows:

| Event | Original Deadline as Set Forth by Case Management Order | Current Deadline as Modified by Stipulation and Court Order | Proposed Deadline |
|---|---|---|---|
| O2 Micro to comply with Patent L.R. 3-1 and 3-2. | March 25, 2008 | April 8, 2008 | April 29, 2008 |
| MPS to comply with Patent L.R. 3-3 and 3-4. | May 13, 2008 | May 27, 2008 | June 17, 2008 |
| Parties to comply with Patent L.R. 4-1 | June 3, 2008 | --- | June 24, 2008 |
| Parties to comply with Patent L.R. 4-2 | June 24, 2008 | --- | July 8, 2008 |

All other dates under the Federal Rules of Civil Procedure, this Court's Patent Local Rules, and the Case Management Order shall not be affected by this amendment.

This Court has previously modified the case management deadlines for the parties' compliance with Patent Local Rules 3-1 through 3-4 as set forth above (Docket No. 57).

Dated: April 7, 2008                        COOLEY GODWARD KRONISH LLP

                                            By: /s/ Matthew J. Brigham (w/ permission)
                                                Matthew J. Brigham

                                            THOMAS J. FRIEL, JR. (80065)
                                            (tfriel@cooley.com)
                                            MATTHEW J. BRIGHAM (191428)

| | |
|---|---|
| 1 | (mbrigham@cooley.com) |
| 2 | COOLEY GODWARD KRONISH LLP<br>3000 El Camino Real<br>Five Palo Alto Square |
| 3 | Palo Alto, CA  94306<br>Telephone:     (650) 843-5000 |
| 4 | Facsimile:      (650) 857-0663 |
| 5 | JAMES P. BROGAN (155906)<br>(jbrogan@cooley.com) |
| 6 | COOLEY GODWARD KRONISH LLP<br>380 Interlocken Crescent, Suite 900 |
| 7 | Broomfield, CO  80021-8023<br>Telephone:     (720) 566-4000 |
| 8 | Facsimile:      (720) 566-4099 |
| 9 | BRIAN E. MITCHELL (190095)<br>(bmitchell@cooley.com) |
| 10 | COOLEY GODWARD KRONISH LLP<br>101 California Street, 5th Floor |
| 11 | San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000 |
| 12 | Facsimile:      (415) 693-2222 |
| 13 | Attorneys for Plaintiff Monolithic Power Systems, Inc. |

Dated: April 7, 2008                                   HOWREY LLP


By: */s/Henry C. Su*
      Henry C. Su


HENRY C. SU (211202) (suh@howrey.com)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA   94105
Telephone:     (415) 848-4900
Facsimile:      (415) 848-4999

Attorney for Defendant O2 Micro International, Limited

HOWREY LLP

STIPULATION TO AMEND THE JOINT CASE
MANAGEMENT CONFERENCE STATEMENT                    2
Case No. C 07-02363 CW

**Filer's Attestation**

I, Henry C. Su, am the ECF User whose identification and password are being used to file this Stipulation to Amend the Joint Case Management Statement. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew J. Brigham.

Dated: April 7, 2008

By: */s/ Henry C. Su*
Henry C. Su

1 **ORDER**

2  Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

3 Dated:      /      /

---

Honorable Claudia Wilken
United States District Judge