
1 [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Defendant. | Case No. C 07-02363 CW<br><br>**STIPULATION AND ORDER TO AMEND DEADLINES UNDER THE CASE MANAGEMENT ORDER** |

HOWREY LLP

STIPULATION TO AMEND CASE MANAGEMENT
DATES
Case No. C 07-02363 CW

**STIPULATION**

As they previously advised the Court, the parties are currently discussing a possible resolution to this action. On April 22, 2008, O2 Micro received a counter-proposal from MPS. To give the parties additional time to continue their discussions, the parties through their respective attorneys of record hereby stipulate to, and respectfully propose that this Court adopt, pursuant to Civil L.R. 6-2 and 7-12, the following amendments to the February 11, 2008 Case Management Order (Docket No. 53), the March 28, 2008 Stipulation and Court Order (Docket No. 57), and the April 8, 2008 Stipulation and Court Order (Docket No. 59) as follows:

| Event | Original Deadline as Set Forth by Case Management Order | Deadline as Modified by 3/28/08 Stipulation and Court Order | Deadline as Modified by 4/8/08 Stipulation and Court Order | Proposed Deadline |
|---|---|---|---|---|
| O2 Micro to comply with Patent L.R. 3-1 and 3-2. | March 25, 2008 | April 8, 2008 | April 29, 2008 | May 13, 2008 |
| MPS to comply with Patent L.R. 3-3 and 3-4. | May 13, 2008 | May 27, 2008 | June 17, 2008 | July 1, 2008 |
| Parties to comply with Patent L.R. 4-1 | June 3, 2008 | --- | June 24, 2008 | July 8, 2008 |
| Parties to comply with Patent L.R. 4-2 | June 24, 2008 | --- | July 8, 2008 | July 22, 2008 |
| Parties to comply with Patent L.R. 4-3 | July 15, 2008 | --- | --- | August 5, 2008 |

All other dates under the Federal Rules of Civil Procedure, this Court's Patent Local Rules, and the Case Management Order shall not be affected by this amendment.

This Court has previously modified the case management deadlines for the parties' compliance with Patent Local Rules 3-1 through 3-4 as set forth above (Docket Nos. 57, 59).

HOWREY LLP

STIPULATION TO AMEND CASE MANAGEMENT DATES    1
Case No. C 07-02363 CW

| | | |
|---|---|---|
| 1 | Dated: April 29, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By: */s/ Matthew J. Brigham (w/ permission)*<br>     Matthew J. Brigham |
| 4 | | |
| 5 | | THOMAS J. FRIEL, JR. (80065)<br>(tfriel@cooley.com)<br>MATTHEW J. BRIGHAM (191428) |
| 6 | | (mbrigham@cooley.com)<br>COOLEY GODWARD KRONISH LLP |
| 7 | | 3000 El Camino Real<br>Five Palo Alto Square |
| 8 | | Palo Alto, CA  94306<br>Telephone:     (650) 843-5000 |
| 9 | | Facsimile:      (650) 857-0663 |
| 10 | | JAMES P. BROGAN (155906)<br>(jbrogan@cooley.com) |
| 11 | | COOLEY GODWARD KRONISH LLP<br>380 Interlocken Crescent, Suite 900 |
| 12 | | Broomfield, CO  80021-8023<br>Telephone:     (720) 566-4000 |
| 13 | | Facsimile:      (720) 566-4099 |
| 14 | | BRIAN E. MITCHELL (190095)<br>(bmitchell@cooley.com) |
| 15 | | COOLEY GODWARD KRONISH LLP<br>101 California Street, 5th Floor |
| 16 | | San Francisco, CA  94111-5800<br>Telephone:     (415) 693-2000 |
| 17 | | Facsimile:      (415) 693-2222 |
| 18 | | Attorneys for Plaintiff Monolithic Power Systems, Inc. |
| 19 | | |
| 20 | Dated: April 29, 2008 | HOWREY LLP |
| 21 | | |
| 22 | | By: */s/Henry C. Su*<br>     Henry C. Su |
| 23 | | |
| 24 | | HENRY C. SU (211202) (suh@howrey.com)<br>HOWREY LLP |
| 25 | | 525 Market Street, Suite 3600<br>San Francisco, CA   94105 |
| 26 | | Telephone:     (415) 848-4900<br>Facsimile:      (415) 848-4999 |
| 27 | | |
| 28 | | Attorney for Defendant O2 Micro International, Limited |

### **Filer's Attestation**

I, Henry C. Su, am the ECF User whose identification and password are being used to file this Stipulation to Amend the Joint Case Management Statement. Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew J. Brigham.

Dated: April 29, 2008

By: */s/ Henry C. Su*
     Henry C. Su

**ORDER**

Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

Dated:        4/ 30/08

*/s/ Claudia Wilken*

Honorable Claudia Wilken
United States District Judge