1 [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>  Defendant. | Case No. C 07-02363 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DEADLINES UNDER THE CASE MANAGEMENT ORDER** |

STIPULATION TO AMEND THE JOINT CASE
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW

**STIPULATION**

As they previously advised the Court, the parties are currently discussing a possible resolution to this action. To give the parties additional time to continue their discussions, the parties through their respective attorneys of record hereby stipulate to, and respectfully propose that this Court adopt, pursuant to Civil L.R. 6-2 and 7-12, the following amendments to the February 11, 2008 Case Management Order (Docket No. 53), the March 28, 2008 Stipulation and Court Order (Docket No. 57), the April 8, 2008 Stipulation and Court Order (Docket No. 59), and the April 30, 2008 Stipulation and Court Order (Docket No. 61) as follows:

| Event | Original Deadline as Set Forth by Case Management Order | Deadline as Modified by 3/28/08 Stipulation and Court Order | Deadline as Modified by 4/8/08 Stipulation and Court Order | Deadline as Modified by 4/30/08 Stipulation and Court Order | Proposed Deadline |
|---|---|---|---|---|---|
| O2 Micro to comply with Patent L.R. 3-1 and 3-2. | March 25, 2008 | April 8, 2008 | April 29, 2008 | May 13, 2008 | June 17, 2008 |
| MPS to comply with Patent L.R. 3-3 and 3-4. | May 13, 2008 | May 27, 2008 | June 17, 2008 | July 1, 2008 | August 5, 2008 |
| Parties to comply with Patent L.R. 4-1 | June 3, 2008 | --- | June 24, 2008 | July 8, 2008 | August 26, 2008 |
| Parties to comply with Patent L.R. 4-2 | June 24, 2008 | --- | July 8, 2008 | July 22, 2008 | September 16, 2008 |
| Parties to comply with Patent L.R. 4-3 | July 15, 2008 | --- | --- | August 5, 2008 | October 7, 2008 |

All other dates under the Federal Rules of Civil Procedure, this Court's Patent Local Rules, and the Case Management Order are not affected by these amendments. In particular, even with the proposed amended dates, the parties would still complete fact discovery on January 16, 2009, as

STIPULATION TO AMEND THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT  
Case No. C 07-02363 CW

1

1  originally ordered, and complete briefing on claim construction and dispositive motions so that they
2  can be heard on September 3, 2009.

3    This Court has previously modified the case management deadlines for the parties' compliance
4  with Patent Local Rules 3-1 through 3-4 as set forth above (Docket Nos. 57, 59, 61).

Dated: May 13, 2008                         COOLEY GODWARD KRONISH LLP

                                            By: /s/ Matthew J. Brigham (w/ permission)
                                                  Matthew J. Brigham

                                            THOMAS J. FRIEL, JR. (80065)
                                            (tfriel@cooley.com)
                                            MATTHEW J. BRIGHAM (191428)
                                            (mbrigham@cooley.com)
                                            COOLEY GODWARD KRONISH LLP
                                            3000 El Camino Real
                                            Five Palo Alto Square
                                            Palo Alto, CA 94306
                                            Telephone:    (650) 843-5000
                                            Facsimile:    (650) 857-0663

                                            Attorneys for Plaintiff Monolithic Power Systems,
                                            Inc.

Dated: May 13, 2008                         HOWREY LLP

                                            By: /s/Henry C. Su
                                                  Henry C. Su

                                            HENRY C. SU (211202) (suh@howrey.com)
                                            HOWREY LLP
                                            525 Market Street, Suite 3600
                                            San Francisco, CA 94105
                                            Telephone:    (415) 848-4900
                                            Facsimile:    (415) 848-4999

                                            Attorneys for Defendant O2 Micro International,
                                            Limited

STIPULATION TO AMEND THE JOINT CASE                    2
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW

|   |   |
|---|---|
| 1 | **Filer's Attestation** |

2  I, Henry C. Su, am the ECF User whose identification and password are being used to file

3 this Stipulation to Amend the Joint Case Management Statement. Pursuant to General Order No.

4 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has

5 been obtained from Matthew J. Brigham.

6 Dated: May 13, 2008

By: */s/ Henry C. Su*
    Henry C. Su

STIPULATION TO AMEND THE JOINT CASE
MANAGEMENT CONFERENCE STATEMENT          3
Case No. C 07-02363 CW

LP

1  **ORDER**

2      Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

3  Dated:        /       /

                                          _____
                                          Honorable Claudia Wilken
                                          United States District Judge

LP

STIPULATION TO AMEND THE JOINT CASE                4
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW