1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 OAKLAND DIVISION

12  MONOLITHIC POWER SYSTEMS, INC., a        )  Case No. C 07-02363 CW
    Delaware corporation,                     )
13                                            )
                                              )
                   Plaintiff,                 )  **STIPULATION AND ORDER TO AMEND**
14                                            )  **DEADLINES UNDER THE CASE**
         vs.                                  )  **MANAGEMENT ORDER**
15                                            )
    O2 MICRO INTERNATIONAL LIMITED, a         )
16  Cayman Islands corporation,               )
                                              )
17                 Defendant.                 )
                                              )
18  _____ )

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND THE JOINT CASE
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW

**STIPULATION**

As they previously advised the Court, the parties are currently discussing a possible resolution to this action.  To give the parties additional time to continue their discussions, the parties through their respective attorneys of record hereby stipulate to, and respectfully propose that this Court adopt, pursuant to Civil L.R. 6-2 and 7-12, the following amendments to the February 11, 2008 Case Management Order (Docket No. 53), the March 28, 2008 Stipulation and Court Order (Docket No. 57), the April 8, 2008 Stipulation and Court Order (Docket No. 59), and the April 30, 2008 Stipulation and Court Order (Docket No. 61) as follows:

| Event | Original Deadline as Set Forth by Case Management Order | Deadline as Modified by 3/28/08 Stipulation and Court Order | Deadline as Modified by 4/8/08 Stipulation and Court Order | Deadline as Modified by 4/30/08 Stipulation and Court Order | Proposed Deadline |
|---|---|---|---|---|---|
| O2 Micro to comply with Patent L.R. 3-1 and 3-2. | March 25, 2008 | April 8, 2008 | April 29, 2008 | May 13, 2008 | June 17, 2008 |
| MPS to comply with Patent L.R. 3-3 and 3-4. | May 13, 2008 | May 27, 2008 | June 17, 2008 | July 1, 2008 | August 5, 2008 |
| Parties to comply with Patent L.R. 4-1 | June 3, 2008 | --- | June 24, 2008 | July 8, 2008 | August 26, 2008 |
| Parties to comply with Patent L.R. 4-2 | June 24, 2008 | --- | July 8, 2008 | July 22, 2008 | September 16, 2008 |
| Parties to comply with Patent L.R. 4-3 | July 15, 2008 | --- | --- | August 5, 2008 | October 7, 2008 |

All other dates under the Federal Rules of Civil Procedure, this Court's Patent Local Rules, and the Case Management Order are not affected by these amendments.  In particular, even with the proposed amended dates, the parties would still complete fact discovery on January 16, 2009, as

REY LLP

1  originally ordered, and complete briefing on claim construction and dispositive motions so that they

2  can be heard on September 3, 2009.

3        This Court has previously modified the case management deadlines for the parties' compliance

4  with Patent Local Rules 3-1 through 3-4 as set forth above (Docket Nos. 57, 59, 61).

5

6  Dated:  May 13, 2008                          COOLEY GODWARD KRONISH LLP

7                                                By: /s/ Matthew J. Brigham (w/ permission)
                                                      Matthew J. Brigham

8

9                                                THOMAS J. FRIEL, JR. (80065)
                                                 (tfriel@cooley.com)

10                                               MATTHEW J. BRIGHAM (191428)
                                                 (mbrigham@cooley.com)

11                                               COOLEY GODWARD KRONISH LLP
                                                 3000 El Camino Real

12                                               Five Palo Alto Square
                                                 Palo Alto, CA  94306

13                                               Telephone:      (650) 843-5000
                                                 Facsimile:      (650) 857-0663

14
                                                 Attorneys for Plaintiff Monolithic Power Systems,
15                                               Inc.

16
   Dated:  May 13, 2008                          HOWREY LLP
17

18
                                                 By: /s/Henry C. Su
19                                                     Henry C. Su

20
                                                 HENRY C. SU (211202) (suh@howrey.com)
21                                               HOWREY LLP
                                                 525 Market Street, Suite 3600
22                                               San Francisco, CA  94105
                                                 Telephone:      (415) 848-4900
23                                               Facsimile:      (415) 848-4999

24                                               Attorneys for Defendant O2 Micro International,
                                                 Limited
25

26

REY LLP  27

28

   STIPULATION TO AMEND THE JOINT CASE               2
   MANAGEMENT CONFERENCE STATEMENT
   Case No. C 07-02363 CW

1

**Filer's Attestation**

2    I, Henry C. Su, am the ECF User whose identification and password are being used to file

3    this Stipulation to Amend the Joint Case Management Statement.  Pursuant to General Order No.

4    45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has

5    been obtained from Matthew J. Brigham.

6    Dated:  May 13, 2008

7
                                        By:   */s/ Henry C. Su*
8                                             Henry C. Su

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND THE JOINT CASE          3
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW

1

## <u>ORDER</u>

2          Pursuant to the parties' stipulation, and for good cause appearing, it is SO ORDERED.

3    Dated:        5/ 16  /08

4

5                                                    _____

6                                                    Honorable Claudia Wilken
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REY LLP    27

28

STIPULATION TO AMEND THE JOINT CASE                4
MANAGEMENT CONFERENCE STATEMENT
Case No. C 07-02363 CW