K.T. Cherian (SBN 133967)
cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
Richard C. Lin (SBN 209233)
linrichard@howrey.com
Marilee C. Wang (SBN 232432)
wangm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S SECOND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:  July 10, 2008<br>Time:  2:00 p.m.<br>Room:  Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken |

[Proposed] Order Granting O2 Micro's Second Mot. to Dismiss
Case No. C 07-02363-CW

1   This matter comes before the Court on Defendant O2 Micro International Limited's ("O2
2   Micro") Second Motion to Dismiss the Complaint under Rule 12(b)(1) of the Federal Rules of Civil
3   Procedure. O2 Micro has proffered a covenant not to sue Plaintiff Monolithic Power Systems, Inc.
4   ("MPS") for infringement of U.S. Patent No. 6,804,129 ("the '129 patent") on each and every product
5   identified by MPS as being at issue in this action. O2 Micro contends that the Complaint must be
6   dismissed for lack of subject matter jurisdiction because the covenant not-to-sue moots any "actual
7   controversy" that may have previously existed with respect to MPS's claims for relief under the
8   Declaratory Judgment Act.

9   After considering the briefs, declarations and exhibits filed by the parties, and the arguments of
10  counsel, the Court agrees that O2 Micro's proffered covenant not-to-sue has eliminated any
11  "substantial controversy, between parties having adverse legal interests, of sufficient immediacy and
12  reality to warrant the issuance of a declaratory judgment." *MedImmune, Inc. v. Genentech, Inc.*, 127 S.
13  Ct. 764, 771 (2007) (quoting *Maryland Casualty Co. v. Pacific Coal & Oil Co.,* 312 U.S. 270, 273
14  (1941)). This Court accordingly no longer has subject matter jurisdiction over MPS's Complaint under
15  the Declaratory Judgment Act, and so the Complaint must be, and hereby is, DISMISSED.

16  It is SO ORDERED.
17  Dated:       /     /

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting O2 Micro's Second Mot. to   - 1 -
Dismiss
Case No. C 07-02363-CW