1  K.T. Cherian (SBN 133967)
cheriank@howrey.com
2  Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
3  Henry C. Su (SBN 211202)
suh@howrey.com
4  Richard C. Lin (SBN 209233)
linrichard@howrey.com
5  Marilee C. Wang (SBN 232432)
wangm@howrey.com
6  HOWREY LLP
525 Market Street, Suite 3600
7  San Francisco, California  94105
Telephone:  (415) 848-4900
8  Facsimile:  (415) 848-4999

9  Attorneys for Defendant O2 Micro International Limited

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

14  MONOLITHIC POWER SYSTEMS, INC.,
a Delaware corporation,

15                 Plaintiff,

16        vs.

17  O2 MICRO INTERNATIONAL LIMITED,
a Cayman Islands corporation,

18                 Defendant.

19

20

| | |
|---|---|
| ) | Case No. C 07-02363-CW |
| ) | |
| ) | **DECLARATION OF HENRY C. SU IN** |
| ) | **SUPPORT OF DEFENDANT O2 MICRO** |
| ) | **INTERNATIONAL LIMITED'S SECOND** |
| ) | **MOTION TO DISMISS COMPLAINT FOR** |
| ) | **LACK OF SUBJECT MATTER** |
| ) | **JURISDICTION** |
| ) | |
| ) | Date:  July 10, 2008 |
| ) | Time:  2:00 p.m. |
| ) | Room:  Courtroom 2, 4th Floor |
| ) | Judge:  Honorable Claudia Wilken |
| ) | |

21

22

23

24

25

26

27

28

HOWREY LLP

Su Decl. ISO O2 Micro's Second Mot. to Dismiss
Case No. C 07-02363-CW

1        I, Henry C. Su, declare as follows:

2        1.      I am a partner in the law firm of Howrey LLP, counsel of record for Defendant O2

3    Micro International Limited ("O2 Micro") in this case, and a member of the Bar of this Court.  I make

4    each of the statements below based on my own personal knowledge, and if called as a witness, I could

5    and would testify as to their truthfulness.

6        2.      Attached hereto as Exhibit A is a true and correct copy of the October 11, 2006

7    Stipulated Dismissal with Prejudice of First Count of O2 Micro's Third Amended Complaint for Patent

8    Infringement and Unfair Competition in *O2 Micro Int'l Ltd. v. Monolithic Power Sys., Inc.,* Case Nos.

9    C 06-02929-CW and C 04-02000-CW (N.D. Cal.).

10       3.      Attached hereto as Exhibit B is a true and correct copy of O2 Micro's Amended

11   Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Patent Rule 3-1

12   submitted in *O2 Micro Int'l Ltd. v. Monolithic Power Sys., Inc.,* Case Nos. C 06-02929-CW and C 04-

13   02000-CW (N.D. Cal.) and dated August 7, 2006.

14       4.      Attached hereto as Exhibit C is a true and correct copy of O2 Micro's First Set of

15   Interrogatories to Monolithic Power Systems, Inc. (Nos. 1-7), dated September 21, 2007.

16       5.      In response to Interrogatory No. 1 in this First Set of Interrogatories, Plaintiff

17   Monolithic Power Systems, Inc. ("MPS") stated in pertinent part: "MPS is currently seeking a

18   declaratory judgment of non-infringement with respect to the following inverter controllers (as well as

19   inverter modules and end-user devices using such inverter controllers in a manner consistent with

20   MPS's reference diagrams) which have been designed, manufactured, marketed, sold, and/or offered

21   for sale (collectively, the "Disputed Products"):  [listing sixteen power inverter controller products by

22   model number]."  MPS designated its interrogatory response for protection under Patent Local Rule 2-

23   2 (there being yet no protective order entered in this action), apparently claiming that the identities of

24   these inverter controller products constitute confidential information.

25       6.      In response to Interrogatories Nos. 4 and 5 in this First Set of Interrogatories, MPS

26   raised numerous objections and stated: "MPS declines to respond to this interrogatory at this time.

27   MPS reserves the right to revisit this objection, and respond accordingly, if O2 Micro is granted leave

28   to amend its pleadings to allege infringement."

HOWREY LLP

Su Decl. ISO O2 Micro's Second Mot. to Dismiss          - 1 -
Case No. C 07-02363-CW

1    7.    To eliminate any purported controversy involving the 16 new MPS power inverter

2  controller products and thereby to obtain dismissal of this action and avoid further unnecessary

3  expense and disruption engendered by this litigation, O2 Micro is willing to grant MPS an additional

4  covenant not-to-sue worded as follows:

5    O2 Micro covenants not to assert or reassert its '129 patent against MPS for infringement

6    by MPS power inverter controller products [model numbers of the sixteen power inverter

7    controller products specifically identified by MPS] in the form currently in existence

8    (and inverter modules and end-user devices incorporating such inverter controllers in a

9    manner consistent with MPS's reference diagrams produced in this litigation) made,

10    used, imported, offered for sale or sold by MPS.  O2 Micro does not intend this

11    stipulation to apply to any other parties besides MPS and does not intend this stipulation

12    to have preclusive effect (such as collateral estoppel or res judicata) as to any issue or

13    claim asserted in the future except as expressly set forth herein.

14

15    I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17    Executed on June 5, 2008 at East Palo Alto, California.

18

19                                    HOWREY LLP

20

21                            By:    /s/ Henry C. Su
                                        Henry C. Su
22
                                  Attorneys for Defendant
23                                O2 Micro International Limited

24

25

26

27

28

Su Decl. ISO O2 Micro's Second Mot. to Dismiss        - 2 -
Case No. C 07-02363-CW