# Exhibit A

Henry Bunsow
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff
O2 MICRO INTERNATIONAL LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>    Plaintiff,<br>vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, *et al.,*<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS. | Case No. C 04-02000 CW (EDL)<br><br>Case No. C 06-02929 CW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION** |

O2 Micro International Limited ("O2 Micro"), plaintiff in Case No. C 06 2929 CW, does hereby stipulate to dismissal of Count One of Plaintiff's Third Amended Complaint for Patent Infringement and Unfair Competition. The dismissal is with prejudice to O2 Micro reasserting United States Patent No. 6,804,129 ("the '129 patent") against the named defendants as to those products identified in O2 Micro's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Patent Rule 3-1. Specifically, O2 Micro covenants not to assert or reassert its '129 patent against named defendants for infringement by MPS full bridge inverter controllers (and products incorporating said controllers) made, used, imported, offered for sale or sold previously or currently having product designations MP1010, MP1010B, MP1011, MP1012, MP1013, MP1015, MP1016, MP1018, MP1022, MP1023, MP1024, MP1025, MP1026, MP1027, MP1029, MP1030, MP1031, MP1032, MP1035 and MP1038, evaluation boards EV0001, EV0002, EV0003, EV0004, EV0014, EV0017, EV0019, EV0027, EV0031 and EV0037 incorporating certain of those inverter controllers, Asustek products incorporating the MP1010B, MP1011, MP1015 and/or MP1037 inverter controller chips, and Compal's products incorporating the MP1010, MP1010B, MP1015, MP1016, and/or MP1037 inverter chips. O2 Micro does not intend this stipulation to apply to any parties other than those expressly identified herein and does not intend this stipulation to have preclusive effect (such as collateral estoppel or res judicata) as to any issue or claim asserted in the future except as expressly set forth herein.

Dated: October 11, 2006                     HOWREY LLP


                                            By:  /s/Henry C. Su
                                                     Henry C. Su
                                                 Attorneys for Plaintiff
                                                 O2 Micro International Limited

HOWREY LLP

1  STIPULATED DISMISSAL OF 1ST COUNT OF 3RD
   AMENDED COMPLAINT
   Case No. C 04-2000 CW (EDL)

| | | |
|---|---|---|
| 1 | Dated: October 11, 2006 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/Matthew J. Brigham |
| 5 | | Matthew J. Brigham<br>Attorneys for Defendants Monolithic<br>Power Systems, Inc., ASMC, Asustek<br>Computer, Inc., and Michael Hsing |
| 6 | | |
| 7 | Dated: October 11, 2006 | ORRICK HERRINGTON & SUTCLIFFE |
| 8 | | |
| 9 | | By: /s/Kaiwen Tseng |
| 10 | | Kaiwen Tseng<br>Attorneys for Defendant Compal<br>Electronics, Inc. |
| 11 | | |
| 12 | Dated: October 11, 2006 | LOCKE LIDDLE & SAPP LLP |
| 13 | | |
| 14 | | By: /s/Thomas A. Connop |
| 15 | | Thomas A. Connop<br>Attorneys for Third-Party Defendants<br>Delta Electronics, Inc. and Delta Products<br>Corp. |
| 16 | | |
| 17 | | |

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: October 5, 2006                    By: /s/Henry C. Su

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/11/06

*[signature: Claudia Wilken]*

Hon. Claudia Wilken
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on October 11, 2006, a true and correct copy of:

**STIPULATED DISMISSAL WITH PREJUDICE OF FIRST COUNT OF O2 MICRO'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION**

was served on the following counsel of record for Defendants electronically through this Court's Electronic Case Filing System, in accordance with Civil Local Rule 5-5(b):

| | |
|---|---|
| Thomas J. Friel, Jr.<br>tfriel@cooley.com<br>Matthew J. Brigham<br>mbrigham@cooley.com<br>COOLEY GODWARD LLP<br>3000 El Camino Real<br>Five Palo Alto Square<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 | James P. Brogan<br>jbrogan@cooley.com<br>Chad T. Nitta<br>nittact@cooley.com<br>COOLEY GODWARD LLP<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 |
| Thomas Allan Connop<br>tconnop@lockeliddell.com<br>Charles Edward Phipps<br>cphipps@lockeliddell.com<br>LOCKE LIDDELL & SAPP, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800 | Randall G. Block<br>randall.block@sdma.com<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635 |
| Brian E. Mitchell<br>bmitchell@cooley.com<br>COOLEY GODWARD LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 | Robert Steinberg<br>bob.steinberg@lw.com<br>Mark A. Flagel<br>mark.flagel@lw.com<br>LATHAM & WATKINS<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |

HOWREY LLP

DM_US\8395684.v3

STIPULATED DISMISSAL OF 1ST COUNT OF 3RD
AMENDED COMPLAINT
Case No. C 04-2000 CW

| | |
|---|---|
| Dean G. Dunlavey<br>dean.dunlavey@lw.com<br>LATHAM & WATKINS<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA  92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | Kaiwen Tseng<br>ktseng@orrick.com<br>Sanjeet K. Dutta<br>sdutta@orrick.com<br>Matthew J. Hult<br>matthult@orrick.com<br>James Lin<br>jlin@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401 |

  /s/ Henry C. Su
   Henry C. Su

STIPULATED DISMISSAL OF 1ST COUNT OF 3RD AMENDED COMPLAINT
Case No. C 04-2000 CW

HOWREY LLP

DM_US\8395684.v3