**Exhibit B**

1  K.T. Cherian (SBN 133967)
   Duane H. Mathiowetz (SBN 111831)
2  Henry C. Su (SBN 211202)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Plaintiff O2 Micro International Limited

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12 O2 MICRO INTERNATIONAL LIMITED, a    ) Case No. C 06-02929 CW
   Cayman Islands corporation,          )
13                                      ) **PLAINTIFF O2 MICRO INTERNATIONAL**
              Plaintiff,                ) **LIMITED'S AMENDED DISCLOSURE OF**
14                                      ) **ASSERTED CLAIMS AND PRELIMINARY**
        vs.                             ) **INFRINGEMENT CONTENTIONS**
15                                      ) **PURSUANT TO PATENT RULE 3-1**
   MONOLITHIC POWER SYSTEMS, INC., a    )
16 California corporation; ASUSTEK COMPUTER, )
   INC., a Taiwanese corporation; MICHAEL )
17 HSING, an individual; COMPAL         )
   ELECTRONICS, INC., a Taiwanese corporation; )
18 COMPAL INFORMATION (KUNSHAN) CO., )
   LTD., a Chinese corporation; COMPAL  )
19 ELECTRONICS TECHNOLOGY (KUNSHAN) )
   CO., LTD., a Chinese corporation; ASUSTEK )
20 COMPUTER (SUZHOU) CO., LTD., a Chinese )
   corporation; ADVANCED SEMICONDUCTOR )
21 MANUFACTURING CORPORATION           )
   LIMITED a/k/a ADVANCED               )
22 SEMICONDUCTOR MANUFACTURING         )
   COPORATION OF SHANGHAI, a Chinese    )
23 corporation;                         )
24                                      )
              Defendants.                )
25 _____ )
                                         )
26 AND RELATED COUNTERCLAIMS, CROSS-    )
   CLAIMS AND THIRD PARTY CLAIMS        )
27                                      )
28

HOWREY LLP

O2 MICRO'S AMENDED DISCLOSURE OF ASSERTED
CLAIM AND PRELIMINARY INFRINGEMENT CONTENTIONS
Case No. C 06-02929 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MONOLITHIC POWER SYSTEMS, INC., a California corporation, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD PARTY CLAIMS | Case No. C 06-02929 CW |

**PLAINTIFF O2 MICRO INTERNATIONAL LIMITED'S AMENDED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO PATENT RULE 3-1**

DM_US\8374041.v3

Plaintiff O2 Micro International Limited (hereafter "O2 Micro") hereby submits its amended disclosure of asserted claims and preliminary infringement contentions pursuant to Patent Rule 3-1.

Pursuant to Patent Rule 3-1, O2 Micro asserts the following:

a)  Defendants MPS, ASMC, Compal, Asustek and Michael Hsing infringe claims 2, 3, 4, 5, 10, 11, 12, 13, 15, 16, 19, 20, 21, 24, 25, 26, 28, 29 and 30 of the '129 patent. Defendants Compal and Asustek infringe claims 1, 2, 15, 16, 17, 18, 29, 35, and 40 of the '615 patent. Compal and Asustek infringe claims 1, 2, 9, 12, 14 and 18 of the '722 patent.

b)  O2 Micro preliminarily asserts that MPS inverter controllers with product designations MP1010, MP1010B, MP1011, MP1012, MP1013, MP1015, MP1016, MP1018, MP1022, MP1023, MP1024, MP1025, MP1026, MP1027, MP1029, MP1030, MP1031, MP1032, MP1035 and MP1038 infringe the '129 patent, and that evaluation boards EV0001, EV0002, EV0003, EV0004, EV0014, EV0017, EV0019, EV0027, EV0031 and EV0037 incorporating certain of those inverter controllers infringe the asserted claims of the '129 patent. O2 Micro also preliminarily asserts that ASMC contributorily infringes the asserted claims of the '129 patent by manufacturing the MPS inverter controllers identified above. O2 Micro also asserts that Compal and Asus infringe the asserted claims of the '615, '722 and '129 patents by the manufacture, offer for sale and sale of consumer electronics products incorporating the MP1010B and/or MP1015 inverter controller chips, and any other MPS inverter controller chips identified above, in DC to AC inverter circuits used to light CCFLs.

c)  O2 Micro's amended claim charts identifying the infringement set forth above are attached as amended Exhibits A through F. Supporting documents identified in the charts are already in the possession of MPS and presumably Compal and Asustek, except for schematics prepared by O2 Micro pertaining to the use of MP1010B chips in laptop computers manufactured by Compal and Asustek, respectively, and purchased by O2 Micro within this district. The latter documents have been produced as O2TX 42438 and O2TX 42439.

-1-

DM_US\8374041.v3

d) Each element of the asserted claims of the '615, '722 and '129 patents is literally present in the accused products. At this time, O2 Micro knows of no specific elements of the asserted claims where the doctrine of equivalents may apply. However, as indicated above, more discovery is required for O2 Micro's literal infringement position. O2 Micro makes this preliminary statement without the benefit of full, formal discovery in this action. O2 Micro expressly reserves the right to augment and supplement its position on whether there is infringement under the doctrine of equivalents of any elements of any of the asserted claims after discovery from MPS, ASMC, Compal and Asustek and/or depending on this Court's interpretation of the asserted claims.

e) The asserted claims of the '615, '722 and '129 patents are entitled to a priority date of at least as early as July 22, 1999 based on the filing date of the corresponding provisional application No. 60/145,118.

f) The following O2 Micro products incorporate the asserted claims of the '615, '722 and '129 patents: 0Z960, 0Z961, 0Z970, 0Z969A, 0Z971, 0Z972 and 0Z964. Each of the documents that correspond to the categories set forth in Patent Rule 3-2 have previously been produced in Case No. CV-04-2000 (CW) or are already in the possession of counsel for MPS, ASMC, Asustek and Michael Hsing. Pursuant to agreement of counsel, those documents are to be treated as if produced in this litigation as well.

Dated: August 7, 2006                    HOWREY LLP

                                          By: _____
                                              Henry C. Su
                                              Attorneys for Plaintiff
                                              O2 Micro International Limited

# CERTIFICATE OF SERVICE

As required by Civil Local Rule 5-6(a)(2), the undersigned hereby certifies that on August 7, 2006, a true and correct copy of:

**PLAINTIFF O2 MICRO INTERNATIONAL LIMITED'S AMENDED DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS PURSUANT TO PATENT RULE 3-1**

was served on the following counsel of record for Defendants by electronic mail and first class mail, in accordance with Civil Local Rule 5-5(b):

Thomas J. Friel, Jr.
tfriel@cooley.com
Matthew J. Brigham
mbrigham@cooley.com
COOLEY GODWARD LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Brian E. Mitchell
bmitchell@cooley.com
COOLEY GODWARD LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Dean G. Dunlavey
dean.dunlavey@lw.com
LATHAM & WATKINS
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Thomas Allan Connop
tconnop@lockeliddell.com
Charles Edward Phipps
cphipps@lockeliddell.com
LOCKE LIDDELL & SAPP, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

James P. Brogan
jbrogan@cooley.com
Chad T. Nitta
nittact@cooley.com
COOLEY GODWARD LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Robert Steinberg
bob.steinberg@lw.com
Mark A. Flagel
mark.flagel@lw.com
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Kaiwen Tseng
ktseng@orrick.com
Sanjeet K. Dutta
sdutta@orrick.com
Matthew J. Hult
matthult@orrick.com
James Lin
jlin@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Randall G. Block
randall.block@sdma.com
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

_____
Tracy Gibbs

2

CERTIFICATE OF SERVICE
Case No. C 06-02929 CW