1  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
2  Duane H. Mathiowetz (SBN 111831)
   mathiowetzd@howrey.com
3  Henry C. Su (SBN 211202)
   suh@howrey.com
4  Richard C. Lin (SBN 209233)
   linrichard@howrey.com
5  Marilee C. Wang (SBN 232432)
   wangm@howrey.com
6  HOWREY LLP
   525 Market Street, Suite 3600
7  San Francisco, California 94105
   Telephone: (415) 848-4900
8  Facsimile: (415) 848-4999
   Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>**NOTICE CONTINUING HEARING FOR DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S SECOND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [Docket No. 64]**<br><br>Date:   August 7, 2008<br>Time:  2:00 p.m.<br>Room: Courtroom 2, 4th Floor<br>Judge: Honorable Claudia Wilken |

**HOWREY LLP**

Notice Continuing Hearing For
O2 Micro's Second Mot. to Dismiss
Case No. C 07-02363-CW

# NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-7(a), the hearing for Defendant O2 Micro International Limited's Second Motion to Dismiss Plaintiff Monolithic Power Systems, Inc.'s Complaint, originally set for Thursday, July 10, 2008, at 2:00 p.m., will now be heard on **Thursday, August 7, 2008, at 2:00 p.m.**, or as soon thereafter as may be heard, before the Honorable Claudia Wilken in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

Dated: June 17, 2008             HOWREY LLP


By:  /s/ Henry C. Su
          Henry C. Su

Attorneys for Plaintiff
O2 Micro International Limited