1 | [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>　　　　Defendant. | Case No. C 07-02363 CW<br><br>**STIPULATION AND ORDER TO SUSPEND CASE DEADLINES** |

STIP. & PROPOSED ORDER SUSPENDING
DEADLINES
Case No. C 07-02363 CW

DM_US:21293284_1

**STIPULATION**

On June 5, 2008, Defendant O2 Micro International Limited ("O2 Micro") served and filed its Second Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction ("Motion").  (Docket No. 64.)

O2 Micro and Plaintiff Monolithic Power Systems, Inc. ("MPS") hereby stipulate to and respectfully request that this Court approve a temporary suspension of all deadlines in this case pending briefing, argument and decision on O2 Micro's Motion.  Specifically, these deadlines relate to:

(1) The service of patent infringement and invalidity contentions and related document productions under Patent Local Rule 3-1 through 3-4,

(2) The exchange of disputed claim terms and phrases and proposed claim constructions under Patent Local Rule 4-1 and 4-2, and

(3) The preparation and filing of a joint claim construction statement under Patent Local Rule 4-3.

(collectively, the "Patent Local Rule Deadlines").  *See* (Docket No. 49 [02/06/08 Joint Case Management Statement, as adopted by 02/11/08 Order Setting Case Management Dates]; Docket No. 63 [05/16/08 Order Granting Stipulation to Amend Deadlines under the Case Management Order]).

If O2 Micro's Motion is denied, the parties will submit within ten (10) days of the Court's order a new set of Patent Local Rule Deadlines that will allow fact discovery to be completed by February 17, 2009, a revised cutoff date proposed herein by the parties.[1]  Expert discovery would still be completed by April 21, 2009, and claim construction and dispositive motions would still be heard on September 3, 2009, as previously set by the Court.  If O2 Micro's Motion remains pending as of August 31, 2008, either party may request that the temporary suspension be lifted by submitting a new set of Patent Local Rule Deadlines for approval by the Court.

---

[1] The current cutoff date is January 16, 2009.

STIP. & PROPOSED ORDER SUSPENDING DEADLINES          1
Case No. C 07-02363 CW

DM_US:21293284_1

1   Additionally, the parties hereby stipulate to and respectfully request that this Court approve the
2   following briefing schedule for O2 Micro's Motion.  O2 Micro had originally noticed its Motion to be
3   heard on July 10, 2008.  The parties now understand that the Court is not hearing motions on this day,
4   and their respective counsel have conferred about the scheduling and agreed to have O2 Micro's
5   Motion re-noticed for Thursday, August 7, 2008, at 2:00 p.m.[2]  Based on the re-noticed hearing date
6   and pursuant to Civil Local Rule 7-7(d):

7       MPS will file its Opposition/Response on July 17, 2008

8       O2 Micro will file its Reply on July 24, 2008

9   *See* N.D. Cal. Civ. L.R. 7-7(a) & 7-7(d).

10  Dated:  June 17, 2008                                    COOLEY GODWARD KRONISH LLP

                                                            By: */s/ Matthew J. Brigham (w/ permission)*
12                                                              Matthew J. Brigham

13                                                          THOMAS J. FRIEL, JR. (80065)
                                                            (tfriel@cooley.com)
14                                                          MATTHEW J. BRIGHAM (191428)
                                                            (mbrigham@cooley.com)
15                                                          COOLEY GODWARD KRONISH LLP
                                                            3000 El Camino Real
16                                                          Five Palo Alto Square
                                                            Palo Alto, CA  94306
17                                                          Telephone:     (650) 843-5000
                                                            Facsimile:     (650) 857-0663

19                                                          Attorneys for Plaintiff Monolithic Power Systems,
                                                            Inc.

---

[2] O2 Micro is re-noticing its Motion for this date.

STIP. & PROPOSED ORDER SUSPENDING           2
DEADLINES
Case No. C 07-02363 CW

DM_US:21293284_1

Dated: June 17, 2008                                  HOWREY LLP

By: */s/Henry C. Su*
      Henry C. Su

HENRY C. SU (211202)
(suh@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:  (650) 798-3600

Attorney for Defendant O2 Micro International, Limited

## **Filer's Attestation**

I, Henry C. Su, am the ECF User whose identification and password are being used to file this Stipulation to Amend the Joint Case Management Statement.  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Matthew J. Brigham.

Dated: June 17, 2008

By:   */s/ Henry C. Su*
      Henry C. Su

## **ORDER**

Pursuant to the parties' Stipulation, and for good cause appearing, it is SO ORDERED.

Dated:         6/ 27   /08

_____
Honorable Claudia Wilken
United States District Judge

STIP. & PROPOSED ORDER SUSPENDING DEADLINES
Case No. C 07-02363 CW                              3

DM_US:21293284_1