1  COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363 CW<br><br>**DECLARATION OF MATTHEW J. BRIGHAM IN SUPPORT OF PLAINTIFF MONOLITHIC POWER SYSTEMS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S SECOND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:      August 7, 2008<br>Time:     2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:    Honorable Claudia Wilken |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

DECL. OF M. J. BRIGHAM ISO PLTF'S
OPPOSITION TO SECOND MOTION TO DISMISS
C 07-02363 CW

I, Matthew J. Brigham, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently as to their truth.

2. I am an attorney with the law firm of Cooley Godward Kronish LLP, and am one of the attorneys representing Monolithic Power Systems, Inc. ("MPS").

3. Attached as Exhibit A is a true and correct copy of the Stipulated Dismissal With Prejudice Of Plaintiffs' First And Second Claims For Relief And Defendant's Counterclaim, Discussion Draft – Settlement Communication Subject To Rule 408 Of The Federal Rules Of Evidence ("MPS Proposal"). The MPS Proposal was sent to Henry Su, counsel for O2 Micro International Limited, on April 21, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on July 17, 2008 in Kauai, Hawaii.

/s/ *Matthew J. Brigham*
Matthew J. Brigham

THOMAS J. FRIEL, JR. (80065)
(tfriel@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
MATTHEW P. GUBIOTTI (241833)
(mgubiotti@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA  94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

JAMES P. BROGAN (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:  (720) 566-4000
Facsimile:  (720) 566-4099

BRIAN E. MITCHELL (190095)
(bmitchell@cooley.com)

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DECL. OF M. J. BRIGHAM ISO
PLTF'S OPPOSITION TO MOTION TO DISMISS
C 07-02363 CW

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA   94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff Monolithic Power Systems, Inc.

776573/PA

2.

**DECL. OF M. J. BRIGHAM ISO**
**PLTF'S OPPOSITION TO MOTION TO DISMISS**
**C 07-02363 CW**