# EXHIBIT A

Case 4:07-cv-02363-CW    Document 70-2    Filed 07/17/2008    Page 1 of 6

1 [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 07-02363-CW<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFFS' FIRST AND SECOND CLAIMS FOR RELIEF AND DEFENDANT'S COUNTERCLAIM**<br><br>**DISCUSSION DRAFT – SETTLEMENT COMMUNICATION SUBJECT TO RULE 408 OF THE FEDERAL RULES OF EVIDENCE** |

EXHIBIT A - 1 OF 5

Stipulated Dismissal of Claims and Counterclaim
Case No. C 07-02363-CW

Plaintiff Monolithic Power Systems, Inc. ("MPS") and Defendant O2 Micro International Limited ("O2 Micro") hereby stipulate to a dismissal with prejudice of their respective claims for relief based on the following premises:

(1) Whereas, on May 1, 2007, MPS filed this action seeking a declaratory judgment that certain of its power inverter controller products do not infringe any valid claim of U.S. Patent No. 6,804,129 ("the '129 patent") and that the claims of the '129 patent are unenforceable;

(2) Whereas, on February 12, 2008, O2 Micro filed an amended Answer that included a counterclaim for infringement of the '129 patent.

(3) Whereas, in the course of discovery, MPS has identified the power inverter controller products at issue in this action to be products currently having the designations MP1007, MP1008, MP1009, MP1028, MP1039, MP1041, MP1048, MP1060, MP1061, MP1080, MP1088, MP1872, MP1900, VN800, VN801, and VN830.

(4) Whereas, by its signature to this stipulation, O2 Micro covenants not to assert or reassert its '129 patent against MPS or MPS's direct and indirect customers for infringement by (i) MPS power inverter controller products MP1007, MP1008, MP1009, MP1028, MP1039, MP1041, MP1048, MP1060, MP1061, MP1080, MP1088, MP1872, MP1900, VN800, VN801, and VN830 in the form currently in existence; (ii) any inverter controller products incorporating insubstantial changes to the design and relevant operation of the products listed in (i) (even if such products are given a different designation); and (iii) any inverter controller products under development by MPS as of the execution date of this agreement that provide for feedback control of power pulse generation during all phases of operation (i.e., during start-up, normal operation, and open-lamp conditions), made, used, imported, offered for sale or sold by MPS, as well as any inverter modules and end-user devices incorporating such inverter controllers described in (i)-(iii) above in a manner consistent with MPS's reference diagrams produced in this litigation. If, despite the existence of this stipulation, O2 Micro alleges infringement of the '129 patent against MPS or MPS's direct and indirect

EXHIBIT A - 2 OF 5

Stipulated Dismissal of Claims and Counterclaim         - 1 -     **DISCUSSION DRAFT – SETTLEMENT COMMUNICATION SUBJECT TO RULE 408 OF THE FEDERAL RULES OF EVIDENCE**
Case No. C 07-02363-CW

1  customers (based in whole or in part on their use of MPS products), any lawsuit must be
2  filed in the Northern District of California and must not be filed until re-examination
3  proceedings involving the '129 patent are complete. O2 Micro agrees that it will not
4  assign the '129 patent or grant exclusive licensees without binding assignees/licensees
5  to the covenants above.

EXHIBIT A – 3 OF 5

Stipulated Dismissal of Claims and Counterclaim      - 2 -    **DISCUSSION DRAFT – SETTLEMENT**
Case No. C 07-02363-CW                                        **COMMUNICATION SUBJECT TO RULE 408 OF**
                                                              **THE FEDERAL RULES OF EVIDENCE**


| | |
|---|---|
| Dated: July 17, 2008 | COOLEY GODWARD KRONISH LLP |
| | |
| | By: <u>DRAFT</u>_____ |
| |      Matthew J. Brigham |

Thomas J. Friel, Jr. (80065)
(tfriel@cooley.com)
Matthew J. Brigham (191428)
(mbrigham@cooley.com)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan (155906)
(jbrogan@cooley.com)
COOLEY GODWARD KRONISH LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Brian E. Mitchell (190095)
(bmitchell@cooley.com)
COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
Monolithic Power Systems, Inc.

EXHIBIT A – 4 OF 5

Stipulated Dismissal of Claims and Counterclaim
Case No. C 07-02363-CW     - 3 -     **DISCUSSION DRAFT – SETTLEMENT COMMUNICATION SUBJECT TO RULE 408 OF THE FEDERAL RULES OF EVIDENCE**

| | |
|---|---|
| Dated: July 17, 2008 | HOWREY LLP |

By: <span style="color:red">DRAFT</span>_____
          Henry C. Su

Henry C. Bunsow (SBN 060707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant
O2 Micro International Limited

## **ORDER**

Pursuant to stipulation, it is SO ORDERED. This action, including all claims and counterclaims asserted herein, is hereby DISMISSED with prejudice.

Dated:       /     /

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

EXHIBIT A – 5 OF 5