K.T. Cherian (SBN 133967)
cheriank@howrey.com
Duane H. Mathiowetz (SBN 111831)
mathiowetzd@howrey.com
Henry C. Su (SBN 211202)
suh@howrey.com
Richard C. Lin (SBN 209233)
linrichard@howrey.com
Marilee C. Wang (SBN 232432)
wangm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant O2 Micro International Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation,<br><br>Defendant. | Case No. C 07-02363-CW<br><br>**SECOND DECLARATION OF HENRY C. SU IN SUPPORT OF DEFENDANT O2 MICRO INTERNATIONAL LIMITED'S SECOND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Date:  August 7, 2008<br>Time:  2:00 p.m.<br>Room:  Courtroom 2, 4th Floor<br>Judge:  Honorable Claudia Wilken |

HOWREY LLP

Second Su Decl. ISO O2 Micro's Reply re Second Motion to Dismiss
Case No. C 07-02363-CW

I, Henry C. Su, declare as follows:

1. I am a partner in the law firm of Howrey LLP, counsel of record for Defendant O2 Micro International Limited ("O2 Micro") in this case, and a member of the Bar of this Court. I make each of the statements below based on my own personal knowledge, and if called as a witness, I could and would testify as to their truthfulness.

2. Attached hereto as Exhibit D is a true and correct copy of the July 18, 2005 Complaint for Patent Infringement in *O2 Micro Int'l Ltd. v. Hon Hai Precision Industry Co., Ltd.,* Case No. 2:05-CV-00323-CE (E.D. Tex.).

3. Attached hereto as Exhibit E is a true and correct copy of O2 Micro's Motion for Leave to Amend Its Preliminary Infringement Contentions submitted in *O2 Micro Int'l Ltd. v. Hon Hai Precision Industry Co., Ltd.,* Case No. 2:05-CV-00323-CE (E.D. Tex.) and dated July 9, 2007. This document, which was originally filed under seal in the United States District Court for the Eastern District of Texas, has been redacted to remove any confidential information belonging to Hon Hai Precision Industry Co., Ltd.

4. Attached hereto as Exhibit F is a true and correct copy of the Order issued on August 17, 2007, granting O2 Micro's Motion for Leave to Amend Its Preliminary Infringement Contentions submitted in *O2 Micro Int'l Ltd. v. Hon Hai Precision Industry Co., Ltd.,* Case No. 2:05-CV-00323-CE (E.D. Tex.).

5. Attached hereto as Exhibit G is a true and correct copy of the Stipulation of Dismissal with Prejudice filed on October 29, 2007 in *O2 Micro Int'l Ltd. v. Hon Hai Precision Industry Co.,*

/ /

/ /

HOWREY LLP

Second Su Decl. ISO O2 Micro's Reply re Second   - 1 -
Motion to Dismiss
Case No. C 07-02363-CW

*Ltd.,* Case No. 2:05-CV-00323-CE (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2008 at East Palo Alto, California.

HOWREY LLP

By: /s/ Henry C. Su
Henry C. Su

Attorneys for Defendant
O2 Micro International Limited
HOWREY LLP

Second Su Decl. ISO O2 Micro's Reply re Second Motion to Dismiss
Case No. C 07-02363-CW

- 2 -