# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL LTD. | § | |
| | § | |
| vs. | § | CASE NO. 2:05-CV-323 |
| | § | |
| HON HAI PRECISION INDUSTRY | § | |
| CO., ET AL. | § | |

## ORDER

Before the court is the plaintiff's motion (#156) for leave to amend its preliminary infringement contentions, and the plaintiff's unopposed motion (#164) requesting an oral hearing on various matters. The court grants the plaintiff's motion (#156) for leave to amend its preliminary infringement contentions, and denies the plaintiff's motion (#164) for an oral hearing.

SIGNED this 17th day of August, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE