**Exhibit G**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| O2 MICRO INTERNATIONAL LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HON HAI PRECISION INDUSTRY CO., LTD. a/k/a<br>FOXCONN, and AMBIT MICROSYSTEMS<br>CORPORATION,<br><br>Defendants. | Case No. 2:05-CV-323 (CE) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff O2 Micro and Defendant Hon Hai Precision Industry Co., Ltd., having resolved

the issues between them, hereby dismiss with prejudice all claims, counterclaims, and defenses

directed against each other in this action.  Each party shall bear its own costs, expenses and

attorney's fees incurred herein.

Dated:  October 29, 2007            Respectfully submitted,

/s/Elizabeth L. DeRieux
S. Calvin Capshaw, III
Elizabeth L. DeRieux
BROWN McCARROLL LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX  75601-5157
E-Mail:  ccapshaw@mailbmc.com
E-Mail:  ederieux@mailbmc.com

Otis W. Carroll, Jr.
IRELAND CARROLL AND KELLEY, P.C.
6101 South Broadway, Suite 500
P.O. Box 7879
Tyler, TX 75711
E-Mail: fedserv@icklaw.com

Franklin Jones, Jr.
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX 75670
E-Mail: maizieh@millerfirm.com

Chia-lin Charlie Chang
Attorney at Law
3118 Patrick Henry Drive
Santa Clara, CA 95054
E-Mail: charlie.chang@o2micro.com

Robert M. Parker
Robert Christopher Bunt
Charles Ainsworth
PARKER BUNT AINSWORTH
100 East Ferguson Street, Suite 1114
Tyler, TX 75702
E-Mail: rmparker@pbatyler.com
E-Mail: rcbunt@pbatyler.com
E-Mail: charley@pbatyler.com

Korula T. Cherian
Duane H. Mathiowetz
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
E-Mail: cheriank@howrey.com
E-Mail: mathiowetzd@howrey.com
E-Mail: pedenp@howrey.com

2

Henry C. Su
Vinay V. Joshi
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
E-Mail: suh@howrey.com
E-Mail: joshiv@howrey.com

**Attorneys for Plaintiff**
**O2 MICRO INTERNATIONAL LIMITED**

/s/ Eric H. Findlay, by permission ELD
Eric H. Findlay, Attorney-in-Charge
State Bar No. 00789886
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone:    (903) 597-3301
Facsimile:    (903) 597-2413
E-Mail: efindlay@rameyflock.com

COOLEY GODWARD KRONISH LLP
Thomas J. Friel, Jr. (*admitted pro hac vice*)
California State Bar No. 80065
E-Mail: tfriel@cooley.com
Matthew J. Brigham (*admitted pro hac vice*)
California State Bar No. 191428
E-Mail: mbrigham@cooley.com
Matthew P. Gubiotti (*admitted pro hac vice*)
California State Bar No. 241833
E-Mail: mgubiotti@cooley.com
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

James P. Brogan (*admitted pro hac vice*)
Colorado State Bar No. 32573
E-Mail: jbrogan@cooley.com
Chad T. Nitta (*admitted pro hac vice*)
Colorado State Bar No. 31921
E-Mail: cnitta@cooley.com
Orion Armon (*admitted pro hac vice*)
Colorado State Bar No. 34923
E-Mail: oarmon@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Brian E. Mitchell (*admitted pro hac vice*)
California State Bar No. 190095
E-Mail: bmitchell@cooley.com
101 California Street, 5th Floor
San Francisco, CA 94111-5800

**Attorneys for Defendant**
**HON HAI PRECISION INDUSTRY CO., LTD. a/k/a**
**FOXCONN**

4