**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONOLITHIC POWER SYSTEMS, INC.,

    Plaintiff,

  v.

02 MICRO INTERNATIONAL LIMITED,

    Defendant.
                                /

No. C 07-02363 CW

<u>CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, shall take Defendant 02 Micro's Second Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction under submission on the papers. The hearing previously scheduled for August 7, 2008, is vacated.

Dated: 8/6/08

                                                           *Sheilah Cahill*
                                                   SHEILAH CAHILL
                                                   Deputy Clerk