[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, | ) Case No. C 07-02363-CW<br>)<br>) |
| Plaintiff, | ) **STIPULATED DISMISSAL WITH**<br>) **PREJUDICE OF PLAINTIFF'S FIRST AND** |
| vs. | ) **SECOND CLAIMS FOR RELIEF AND**<br>) **DEFENDANT'S COUNTERCLAIM**<br>) |
| O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |
| _____ | )<br>) |
| AND RELATED COUNTERCLAIM. | )<br>) |
| _____ | ) |

1    Plaintiff Monolithic Power Systems, Inc. ("MPS") and Defendant O2 Micro International

2    Limited ("O2 Micro") hereby stipulate to a dismissal with prejudice of their respective claims for relief

3    based on the following premises:

4    (1)    Whereas, on May 1, 2007, MPS filed this action seeking a declaratory judgment that

5           certain of its power inverter controller products do not infringe any valid claim of U.S.

6           Patent No. 6,804,129 ("the '129 patent") and that the claims of the '129 patent are

7           unenforceable;

8    (2)    Whereas, on February 12, 2008, O2 Micro filed an amended Answer that included a

9           counterclaim for infringement of the '129 patent.

10   (3)    Whereas, in the course of discovery, MPS has identified the power inverter controller

11          products at issue in this action to be products currently having the designations

12          MP1007, MP1008, MP1009, MP1028, MP1039, MP1041, MP1048, MP1060, MP1061,

13          MP1080, MP1088, MP1872, MP1900, VN800, VN801, and VN830.

14   (4)    Whereas, by its signature to this stipulation, O2 Micro covenants not to assert or

15          reassert its '129 patent against MPS or MPS's direct and indirect customers for

16          infringement by (i) MPS power inverter controller products MP1007, MP1008,

17          MP1009, MP1028, MP1039, MP1041, MP1048, MP1060, MP1061, MP1080, MP1088,

18          MP1872, MP1900, VN800, VN801, and VN830 in the form currently in existence; (ii)

19          any inverter controller products incorporating insubstantial changes to the design and

20          relevant operation of the products listed in (i) (even if such products are given a

21          different designation); and (iii) any inverter controller products under development by

22          MPS as of the execution date of this agreement that provide for feedback control of

23          power pulse generation during all phases of operation (i.e., during start-up, normal

24          operation, and open-lamp conditions), made, used, imported, offered for sale or sold by

25          MPS, as well as any inverter modules and end-user devices incorporating such inverter

26          controllers described in (i)-(iii) above in a manner consistent with MPS's reference

27          diagrams produced in this litigation.  If, despite the existence of this stipulation, O2

28          Micro alleges infringement of the '129 patent against MPS or MPS's direct and indirect

1    customers (based in whole or in part on their use of MPS products), any lawsuit must be

2    filed in the Northern District of California and must not be filed until re-examination

3    proceedings involving the '129 patent are complete. O2 Micro agrees that it will not

4    assign the '129 patent or grant exclusive licensees without binding assignees/licensees

5    to the covenants above.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  August 20, 2008                    COOLEY GODWARD KRONISH LLP

2

3                                               By:  */s/ Matthew J. Brigham*
                                                    Matthew J. Brigham
4
                                                Thomas J. Friel, Jr. (80065)
5                                               (tfriel@cooley.com)
                                                Matthew J. Brigham (191428)
6                                               (mbrigham@cooley.com)
                                                COOLEY GODWARD KRONISH LLP
7                                               3000 El Camino Real
                                                Five Palo Alto Square
8                                               Palo Alto, CA 94306
                                                Telephone: (650) 843-5000
9                                               Facsimile: (650) 857-0663

10                                              James P. Brogan (155906)
                                                (jbrogan@cooley.com)
11                                              COOLEY GODWARD KRONISH LLP
                                                380 Interlocken Crescent, Suite 900
12                                              Broomfield, CO 80021-8023
                                                Telephone: (720) 566-4000
13                                              Facsimile: (720) 566-4099

14                                              Brian E. Mitchell (190095)
                                                (bmitchell@cooley.com)
15                                              COOLEY GODWARD KRONISH LLP
                                                101 California Street, 5th Floor
16                                              San Francisco, CA 94111-5800
                                                Telephone: (415) 693-2000
17                                              Facsimile: (415) 693-2222

18                                              Attorneys for Plaintiff
                                                Monolithic Power Systems, Inc.
19

20

21

22

23

24

25

26

27

28

Stipulated Dismissal of Claims and Counterclaim        - 3 -
Case No. C 07-02363-CW

1  Dated:  August 20, 2008                    HOWREY LLP

2

3                                             By:    /s/ Robert M. Harkins (with permission)
                                                        Robert M. Harkins, Jr.
4
                                                   Henry C. Bunsow (SBN 060707)
5                                                  bunsowh@howrey.com
                                                   K.T. Cherian (SBN 133967)
6                                                  cheriank@howrey.com
                                                   Duane H. Mathiowetz (SBN 111831)
7                                                  mathiowetzd@howrey.com
                                                   Henry C. Su (SBN 211202)
8                                                  suh@howrey.com
                                                   Robert M. Harkins, Jr. (SBN 179525)
9                                                  harkinsr@howrey.com
                                                   HOWREY LLP
10                                                 525 Market Street, Suite 3600
                                                   San Francisco, California  94105
11                                                 Telephone:  (415) 848-4900
                                                   Facsimile:  (415) 848-4999
12
                                                   Attorneys for Defendant
13                                                 O2 Micro International Limited

14

15         Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury

16  that concurrence in the filing of the document has been obtained from its signatory.

17  Dated:  August 20, 2008                    By /s/ Matthew J. Brigham

18

19

20

21

22

23

24

25

26

27

28

Stipulated Dismissal of Claims and Counterclaim          - 4 -
Case No. C 07-02363-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Pursuant to stipulation, it is SO ORDERED.  This action, including all claims and counterclaims asserted herein, is hereby DISMISSED with prejudice.

Dated:          /          /

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Stipulated Dismissal of Claims and Counterclaim          - 5 -
Case No. C 07-02363-CW