1  [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  MONOLITHIC POWER SYSTEMS, INC.,        )  Case No. C 07-02363-CW
    a Delaware corporation,                )
12                                         )  **STIPULATED DISMISSAL WITH**
                                           )  **PREJUDICE OF PLAINTIFF'S FIRST AND**
13              Plaintiff,                  )  **SECOND CLAIMS FOR RELIEF AND**
                                           )  **DEFENDANT'S COUNTERCLAIM**
        vs.                                )
14                                         )
    O2 MICRO INTERNATIONAL LIMITED,        )
15  a Cayman Islands corporation,          )
                                           )
16              Defendant.                 )
                                           )
17  _____   )
                                           )
18  AND RELATED COUNTERCLAIM.              )
                                           )
19  _____   )

20

21

22

23

24

25

26

27

28

1    Plaintiff Monolithic Power Systems, Inc. ("MPS") and Defendant O2 Micro International

2  Limited ("O2 Micro") hereby stipulate to a dismissal with prejudice of their respective claims for relief

3  based on the following premises:

4    (1)    Whereas, on May 1, 2007, MPS filed this action seeking a declaratory judgment that

5        certain of its power inverter controller products do not infringe any valid claim of U.S.

6        Patent No. 6,804,129 ("the '129 patent") and that the claims of the '129 patent are

7        unenforceable;

8    (2)    Whereas, on February 12, 2008, O2 Micro filed an amended Answer that included a

9        counterclaim for infringement of the '129 patent.

10   (3)    Whereas, in the course of discovery, MPS has identified the power inverter controller

11       products at issue in this action to be products currently having the designations

12       MP1007, MP1008, MP1009, MP1028, MP1039, MP1041, MP1048, MP1060, MP1061,

13       MP1080, MP1088, MP1872, MP1900, VN800, VN801, and VN830.

14   (4)    Whereas, by its signature to this stipulation, O2 Micro covenants not to assert or

15       reassert its '129 patent against MPS or MPS's direct and indirect customers for

16       infringement by (i) MPS power inverter controller products MP1007, MP1008,

17       MP1009, MP1028, MP1039, MP1041, MP1048, MP1060, MP1061, MP1080, MP1088,

18       MP1872, MP1900, VN800, VN801, and VN830 in the form currently in existence; (ii)

19       any inverter controller products incorporating insubstantial changes to the design and

20       relevant operation of the products listed in (i) (even if such products are given a

21       different designation); and (iii) any inverter controller products under development by

22       MPS as of the execution date of this agreement that provide for feedback control of

23       power pulse generation during all phases of operation (i.e., during start-up, normal

24       operation, and open-lamp conditions), made, used, imported, offered for sale or sold by

25       MPS, as well as any inverter modules and end-user devices incorporating such inverter

26       controllers described in (i)-(iii) above in a manner consistent with MPS's reference

27       diagrams produced in this litigation.  If, despite the existence of this stipulation, O2

28       Micro alleges infringement of the '129 patent against MPS or MPS's direct and indirect

1   customers (based in whole or in part on their use of MPS products), any lawsuit must be

2   filed in the Northern District of California and must not be filed until re-examination

3   proceedings involving the '129 patent are complete.  O2 Micro agrees that it will not

4   assign the '129 patent or grant exclusive licensees without binding assignees/licensees

5   to the covenants above.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  August 20, 2008                    COOLEY GODWARD KRONISH LLP

2

3                                                By:  _/s/ Matthew J. Brigham_
                                                        Matthew J. Brigham
4
                                                 Thomas J. Friel, Jr. (80065)
5                                                (tfriel@cooley.com)
                                                 Matthew J. Brigham (191428)
6                                                (mbrigham@cooley.com)
                                                 COOLEY GODWARD KRONISH LLP
7                                                3000 El Camino Real
                                                 Five Palo Alto Square
8                                                Palo Alto, CA 94306
                                                 Telephone: (650) 843-5000
9                                                Facsimile: (650) 857-0663

10                                               James P. Brogan (155906)
                                                 (jbrogan@cooley.com)
11                                               COOLEY GODWARD KRONISH LLP
                                                 380 Interlocken Crescent, Suite 900
12                                               Broomfield, CO 80021-8023
                                                 Telephone: (720) 566-4000
13                                               Facsimile: (720) 566-4099

14                                               Brian E. Mitchell (190095)
                                                 (bmitchell@cooley.com)
15                                               COOLEY GODWARD KRONISH LLP
                                                 101 California Street, 5th Floor
16                                               San Francisco, CA 94111-5800
                                                 Telephone: (415) 693-2000
17                                               Facsimile: (415) 693-2222

18                                               Attorneys for Plaintiff
                                                 Monolithic Power Systems, Inc.
19

20

21

22

23

24

25

26

27

28

1  Dated:  August 20, 2008                    HOWREY LLP

2

3                                      By:    /s/ Robert M. Harkins (with permission)
                                              Robert M. Harkins, Jr.
4
                                       Henry C. Bunsow (SBN 060707)
5                                      bunsowh@howrey.com
                                       K.T. Cherian (SBN 133967)
6                                      cheriank@howrey.com
                                       Duane H. Mathiowetz (SBN 111831)
7                                      mathiowetzd@howrey.com
                                       Henry C. Su (SBN 211202)
8                                      suh@howrey.com
                                       Robert M. Harkins, Jr. (SBN 179525)
9                                      harkinsr@howrey.com
                                       HOWREY LLP
10                                     525 Market Street, Suite 3600
                                       San Francisco, California  94105
11                                     Telephone:  (415) 848-4900
                                       Facsimile:  (415) 848-4999
12
                                       Attorneys for Defendant
13                                     O2 Micro International Limited

14

15         Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury

16  that concurrence in the filing of the document has been obtained from its signatory.

17  Dated:  August 20, 2008                    By /s/ *Matthew J. Brigham*

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2        Pursuant to stipulation, it is SO ORDERED.  This action, including all claims and

3   counterclaims asserted herein, is hereby DISMISSED with prejudice.

4

5   Dated:    8  /  26  /  08

6

7                                              _____

8                                              THE HONORABLE CLAUDIA WILKEN
                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Dismissal of Claims and Counterclaim        - 5 -
Case No. C 07-02363-CW